**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**04/20**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Peeled Inc.** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Peeled Snacks** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-1575047** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **750 Old Hickory Blvd Building 2 Suite 150 Brentwood, TN 37027** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Davidson** County | **Location of principal assets, if different from principal place of business** **1165 W Crossroads Pkwy Romeoville, IL 60446** Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)    **https://peeledsnacks.com/**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Peeled Inc.**                                                                    Case number (*if known*)
Name

---

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____4244____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

---

Debtor  **Peeled Inc.**　　　　　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　　Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____　Relationship _____

District _____ When _____ Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
　　　　　Contact name _____
　　　　　Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **Peeled Inc.**
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**

| Debtor | **Peeled Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  3, 2021**
                MM / DD / YYYY

**X** **/s/ Kenneth R. Yager**                              **Kenneth R. Yager**
Signature of authorized representative of debtor            Printed name

Title    **Chief Restructuring Officer**

**18. Signature of attorney**

**X** **/s/ David W. Carickhoff**                    Date    **March  3, 2021**
Signature of attorney for debtor                            MM / DD / YYYY

**David W. Carickhoff**
Printed name

**Archer & Greiner, P.C.**

Firm name

**300 Delaware Avenue, Suite 1100**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **302-777-4350**    Email address    **dcarickhoff@archerlaw.com**

**3715 Delaware**
Bar number and State

**UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF PEELED INC.**

The undersigned, constituting the entire Board of Directors (the "**Board**") of Peeled, Inc., a Delaware corporation (the "**Company**"), in accordance with Section 141(f) of the Delaware General Corporation Law, without the formality of convening a meeting, do hereby consent to and adopt the following resolutions, now in full force and effect as of March 3, 2021:

**Whereas**, the Company has decided to engage in a reorganization of its business.

**Whereas**, in the judgment of the Company's board of directors, it is in the best interests of the Company, its creditors, its shareholders, and other interested parties that the Company reorganize under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"), and to elect for the case to proceed under Subchapter V of Chapter 11.

**It is now, therefore:**

**Resolved,** that in the judgment of the directors of the Company, it is in the best interests of the Company, its creditors, shareholders, and other interested parties that the Company file a voluntary bankruptcy petition for relief under Chapter 11 of the Bankruptcy Code, and to elect for the case to proceed under Subchapter V of Chapter 11 (the "**Subchapter V Case**"), in the United States Bankruptcy Court for the District of Delaware, before which the Company will seek authority to operate as a debtor-in-possession.

**Retention of Professionals**

**Resolved**, that the Company's engagement of Sugar Felsenthal Grais & Helsinger LLP ("**SFGH**") as the Company's legal counsel, and the engagement of Archer & Greiner, P.C. ("**Archer**") as the Company's co-counsel, in the Subchapter V Case is ratified, adopted, and approved in all respects as more fully described in the letter agreements between the Company and each of SFGH and Archer, respectively.

**Resolved,** that Kenneth R. Yager of Newpoint Advisors Corporation, is appointed the Company's Chief Restructuring Officer ("**CRO**"), serving as an officer of the Company and reporting to the shareholders on all aspects of the Subchapter V Case, with full power to call meetings of the board of directors and to establish agendas for meetings of the board of directors, and with the direction or authorization of the board of directors, to take any actions that would be customary for one serving in the capacity of a chief restructuring officer. In particular, and as set forth in more detail in the February 12, 2021 letter agreement between Newpoint Advisors Corporation and the Company, the CRO is authorized to (a) construct a budget; (b) assist the Company's management with all issues related to restructuring; (c) provide court testimony as required; (d) assist with managing vendor relationships; and (e) provide other related services as requested by the Company.

**Resolved,** that the CRO is authorized to execute all documents necessary to administer the Subchapter V Case on the Company's behalf, including, but not limited to: petitions, affidavits, declarations, schedules, motions, lists, applications, pleadings, asset purchase agreements, bills of sale, certificates, guaranties, pledges, mortgages, security instruments, and other documents.

**Resolved,** that the CRO is authorized to employ and retain professionals in the Subchapter V Case, including special legal counsel, accountants, and other professionals for the Company to take action the CRO deems necessary or desirable in connection with the Subchapter V Case.

**Resolved**, that the CRO is authorized to take any further action, and to execute and deliver (or cause to be executed and delivered) any further agreements, documents, certificates, and undertakings to effectuate the purpose and intent of these resolutions including, without limitation: amendments to or modifications of the documents contemplated under these resolutions, and to incur any fees or expenses the CRO deems necessary or desirable in connection with the Subchapter V Case.

**Resolved**, that the Company, operating as a debtor and debtor-in-possession under Subchapter V of Chapter 11 of the Bankruptcy Code, is authorized to enter into a debtor-in-possession financing facility, and in connection with any debtor-in-possession financing facility the Company enters into, is authorized to grant any guaranties, pledges, mortgages, and other security instruments deemed necessary by the CRO to obtain debtor-in-possession financing for the Company as a debtor-in-possession.

**Resolved**, that all lawful acts taken by the CRO to seek relief on behalf of the Company under the Bankruptcy Code, or any matter related to the Subchapter V Case, including in connection with debtor-in-possession financing, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company.

**Resolved**, that these resolutions may be signed in any number of counterparts, each of which when read together will constitute one document, and that once signed, will be filed with the records of the Company.

**[Signature page follows]**

2

**In Witness Whereof**, the undersigned have executed these Resolutions as the directors of Peeled Inc., as of the date first written above.

By: _____
Jill Brant, Director

By: _____
Adam C. Greenberger, Director

By: _____
Robert Rupe, Director

By: _____
Robert Crisp, Director

By: _____
C. Thomas ("Tim") Tenney, Jr., Director

By: _____
Joseph T. McDonald, Director

**In Witness Whereof**, the undersigned have executed these Resolutions as the directors of Peeled Inc., as of the date first written above.

By: _____
      Jill Brant, Director

By: _____
      Adam C. Greenberger, Director

By: _____
      Robert Rupe, Director

By: _____
      Robert Crisp, Director

By: _____
      C. Thomas ("Tim") Tenney, Jr., Director

By: _____
      Joseph T. McDonald, Director

**In Witness Whereof**, the undersigned have executed these Resolutions as the directors of Peeled Inc., as of the date first written above.


By: _____
     Jill Brant, Director


By: _____
     Adam C. Greenberger, Director


By: _____
     Robert Rupe, Director


By: _____
     Robert Crisp, Director


By: _____
     C. Thomas ("Tim") Tenney, Jr., Director


By: _____
     Joseph T. McDonald, Director

**In Witness Whereof**, the undersigned have executed these Resolutions as the directors of Peeled Inc., as of the date first written above.

By: _____
Jill Brant, Director

By: _____
Adam C. Greenberger, Director

By: _____
Robert Rupe, Director

By: _____
Robert Crisp, Director

By: _____
C. Thomas ("Tim") Tenney, Jr., Director

By: _____
Joseph T. McDonald, Director

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Peeled Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Acosta, Inc. PO Box 281996 Atlanta, GA 30384-1996 | Mike Anderson mjanderson@acosta.com | Trade | | | | $101,831.87 |
| Agroindustrial Surfrut Ltd Avenida Ramon Freire 1390 Romeral CP 3370000, Curico CHILE | | Trade | | | | $64,902.67 |
| American Pistachio Commodity Corp. 140 Sylvan Avenue Englewood Cliffs, NJ 07632 | Ellena Rodriguez ERodriguez@foodimportgroup.com | Trade | | | | $149,461.23 |
| B&B Packaging 42 Geiger Circle Rochester, NY 14612 | Brian Button bbutton1@rochester.rr.com | Trade | | | | $71,758.86 |
| B3 Trust, an Illinois Trust c/o Kevin Prunsky 12649 West Regan Rd. Mokena, IL 60448 | Kevin Prunsky KPrunsky@Thunderbirdllc.com | Loan | | | | $1,000,000.00 |
| Cache Valley Bank 101 North Main Street Logan, UT 84321 | | PPP Loan | Contingent Unliquidated | | | $417,500.00 |
| Cache Valley Bank 101 North Main Street Logan, UT 84321 | | PPP loan | Contingent Unliquidated | | | $416,510.00 |
| Decathlon 1441 Ute Boulevard Suite 240 Park City, UT 84098 | John Borchers jborchers@decathloncapital.com | Secured loan | | $2,979,000.00 | $683,919.30 | $2,295,080.70 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Peeled Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Global Organics LTD** **68 Moulton Street** **Cambridge, MA 02138** | **Donna Hicks** donna.hicks@global-organics.com | **Trade** | | | | $73,000.00 |
| **Hudson Group (HG) Retail LLC** **1 Meadowlands Plaza 11th Floor East Rutherford, NJ 07073** | **Mike Maslen** mmaslen@hudsongroup.com | **Customer** | | | | $94,153.70 |
| **International Harvest Inc.** **606 Franklin Avenue Mount Vernon, NY 10550** | **Phil Morrow** pmorrow@internationalharvest.com | **Trade** | | | | $44,172.50 |
| **KeBay Holdings LLC dba Shoreline Fruit** **Attn: R. Edward Kuhn, Agent** **412 S. Union St. Traverse City, MI 49684** | cs@shorelinefruit.com | **Trade** | | | | $44,515.00 |
| **Marketplace Strategy, LLC** **Attn: Greg Wolny, Executive VP** **3615 Superior Ave, Ste. 4407A Cleveland, OH 44114** | **Greg Wolny** Greg.Wolny@marketplacestrategy.com | **Trade** | | | | $82,947.31 |
| **Seurat Capital LLC** **Attn: Adam Greenberger** **41 North Main Street Norwalk, CT 06854** | | **Loan** | | | | $69,747.88 |
| **Skyline Sales Inc.** **150 Houston Street #306 Batavia, IL 60510** | **Tommy Stephano** tommy.stephano@skylinesalesinc.com | **Trade** | | | | $49,832.05 |
| **Snak-King Corp.** **16150 E. Stephens Street Hacienda Heights, CA 91745-1718** | **Vesna Kelley** vakelley@snakking.com | **Trade** | | | | $79,272.38 |
| **Starlite Services, Inc.** **1165 W. Crossroads Pkwy Romeoville, IL 60446** | judyz@starliteservicesinc.com | **Trade** | | | | $94,125.61 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Peeled Inc.** |
|---|---|
| | Name |

| Case number *(if known)* | |
|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SunOpta Foods Inc. dba Tradin Organic 100 Enterprise Way, Suite B 101 Scotts Valley, CA 95066** | **Andressa Ely** **andressa.ely@tradinorganic.com** | **Trade** | | | | **$168,000.00** |
| **Tradewind ITF LLC Attn: Corporation Service Company, Agent 251 Little Falls Dr. Wilmington, DE 19808** | **(212) 765-4349** | **Trade** | | | | **$60,000.00** |
| **Villa Andina S.A.C c/o Justin Shay, Cameron & Mittleman 301 Promenade Street Providence, RI 02908** | **jshay@cm-law.com 401-331-5700** | **Trade** | **Contingent Disputed** | | | **$905,725.90** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Peeled Inc.**__

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**March  3, 2021**__      X **/s/ Kenneth R. Yager**
                                            Signature of individual signing on behalf of debtor

                                            **Kenneth R. Yager**
                                            Printed name

                                            **Chief Restructuring Officer**
                                            Position or relationship to debtor

Official Form 202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

# United States Bankruptcy Court
### District of Delaware

In re  **Peeled Inc.**                                                  Case No.

                                       Debtor(s)         Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Peeled Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Peeled Investment, LLC (Avondale)**
**Attn: Rob Crisp**
**2117 West Fletcher Street**
**Chicago, IL 60618**

**TFIC VF1, LLC (Tenney Family Investment)**
**Attn: Tim Tenney, Pepsi Cola, Hudson**
**One Pepsi Way**
**Newburgh, NY 12550**

☐ None [*Check if applicable*]

**March  3, 2021**

Date

**/s/ David W. Carickhoff**

**David W. Carickhoff (No. 3715)**

Signature of Attorney or Litigant

Counsel for  **Peeled Inc.**

**Archer & Greiner, P.C.**
**300 Delaware Avenue, Suite 1100**
**Wilmington, DE 19801**
**Tel: 302-777-4350**
**Email: dcarickhoff@archerlaw.com**

**Peeled Inc**
# Balance Sheet
### End of Jan 2021

| Financial Row | Amount |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Bank** | |
|       1000 - Checking-Bank of America X1750 | 110.06 |
|     **Total Bank** | **110.06** |
|     **Accounts Receivable** | |
|       1100 - Accounts Receivable | 383,258.11 |
|       1102 - Allowance for Doubtful Accounts | (15,000.00) |
|     **Total Accounts Receivable** | **368,258.11** |
|     **Other Current Asset** | |
|       1090 - Undeposited Funds | 1,865.61 |
|       **1202 - Raw Material** | |
|         1202 - Raw Material | 222,967.49 |
|         1201 - Ingredient Inventory & Seasoning | 98,664.55 |
|       **Total - 1202 - Raw Material** | **321,632.04** |
|       1203 - Prepaid Bags & Film | 175,976.86 |
|       1205 - Prepaid Display Boxes for Picks | 67,150.08 |
|       1206 - Prepaid Corrugated Boxes | 29,597.57 |
|       1207 - Prepaid Displays & Shippers | 16,672.19 |
|       1210 - FG Peas | 5,480.92 |
|       1211 - FG Dried Fruit | 226,720.40 |
|       1212 - FG Puffs | 20,326.14 |
|       1300 - Deposits on Inventory | 31,856.24 |
|     **Total Other Current Asset** | **897,278.05** |
|   **Total Current Assets** | **1,265,646.22** |
|   **Fixed Assets** | |
|     1400 - Computer Equipment | 72,043.10 |
|     1410 - Furniture & Fixtures | 45,839.98 |
|     1420 - Printing Plates | 64,350.00 |
|     1510 - Acc. Dep-Computer Equipment | (50,130.74) |
|     1520 - Acc. Dep-Furniture & Fixtures | (8,595.00) |
|     1560 - Acc. Dep-Printing Plates | (50,101.75) |
|   **Total Fixed Assets** | **73,405.59** |
|   **Other Assets** | |
|     1209 - Prepaid Expenses | 348,767.77 |
|     1900 - Security Deposits | 6,708.34 |
|   **Total Other Assets** | **355,476.11** |
| **Total ASSETS** | **1,694,527.92** |
| **LIABILITIES & EQUITY** | |
|   **Current Liabilities** | |
|     **Accounts Payable** | |
|       2000 - Accounts Payable | 2,789,733.73 |
|     **Total Accounts Payable** | **2,789,733.73** |
|     **Other Current Liability** | |
|       2004 - Accrued Expenses Sales | 47,203.66 |
|       2005 - Accrued Expenses | (7,004.96) |
|       2007 - Accrued Purchases/Received not Invoiced | 11,765.55 |
|       2020 - Accrued Copacking | 34,629.53 |
|       2054 - Short Term Debt | 417,510.00 |
|       2057 - Due to (from) Decathlon Alpha IV, L.P. | 2,979,000.00 |
|       2058 - Due to (from) Thunderbird LLC/B3 Trust | 1,000,000.00 |
|       Net Provision for Trade Spend[1] | (109,183.30) |
|       2080 - Deferred Employer Taxes/Contr | 37,201.91 |
|     **Total Other Current Liability** | **4,411,122.39** |
|   **Total Current Liabilities** | **7,200,856.12** |
|   **Long Term Liabilities** | |
|     2090 - A/R Adjustments | (1,101,312.91) |
|   **Total Long Term Liabilities** | **(1,101,312.91)** |
|   **Equity** | |
|     3004 - Common Capital Stock - At Par | 1,328.06 |
|     3006 - Preferred Capital Stock A1 - At Par | 999.00 |
|     3008 - APIC Preferred Stock A1 | 3,955,037.50 |
|     3010 - Preferred Capital Stock A2 - At Par | 127.03 |
|     3012 - APIC Preferred Stock A2 | 455,953.00 |
|     3014 - Preferred Capital Stock B - At Par | 379.72 |
|     3016 - APIC Preferred Stock B2 | 1,466,860.16 |
|     3018 - Preferred Capital Stock C - At Par | 1,551.20 |
|     3019 - Preferred Capital Stock C-2 -At Par | 195.80 |
|     3020 - APIC Preferred Stock C | 8,998,798.80 |
|     3021 - APIC Preferred Stock C-2 | 999,804.20 |
|     Retained Earnings | (27,577,960.08) |
|     Net Income | 61,813.32 |
|     Cumulative Translation Adjustment | 7,230,097.00 |
|   **Total Equity** | **(4,405,015.29)** |
| **Total LIABILITIES & EQUITY** | **1,694,527.92** |

[1] In the ordinary course of its business, the Debtor engages in sales and chargeback transactions with certain customers. These chargeback amounts are entered in the Debtor's books as "Provisions for Trade Spends."

These provisions include both historical and current amounts that the Debtor's customers may charge back to the Debtor on account of customer-managed programs including promotions, discounts, slotting fees, off-invoice discounts, rebates and related charges, but are contingent upon customers' actual application of such chargebacks. The Debtor offsets these Provisions for Trade Spends by entering "reserve," amounts on its books for amounts that the Debtor will not actually be charged for.

**Peeled Inc**
# Income Statement
## Jan 2021, Feb 2021

| Financial Row | Amount |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000 - Sales | 139,086.27 |
| 4050 - Prompt Pay Discount | (511.08) |
| **Total - Income** | **138,575.19** |
| **Cost Of Sales** | |
| 5009 - COGS Finished Goods Peas | 3,376.04 |
| 5010 - COGS Finished Goods Dried Fruit | 76,675.55 |
| 5011 - COGS Finished Goods Puffs | 29.73 |
| 5013 - COGS Raw Material | 4,950.00 |
| 5090 - Inventory Adjustment | (47,913.15) |
| **Total - Cost Of Sales** | **37,118.17** |
| **Gross Profit** | **101,457.02** |
| **Expense** | |
| 6010 - Advertising | 6,107.12 |
| 6012 - Research & Product Development | 2,011.25 |
| 6025 - Travel - Staff | 173.66 |
| 6027 - Meals Expense | 112.20 |
| 6034 - Rebates & Coupons | 225.00 |
| 6070 - Dues & Subscriptions | 5,518.04 |
| 6091 - Freight to Warehouse | 63.27 |
| 6095 - Storage/Warehouse Costs | 801.01 |
| 6102 - Insurance Expense: Directors & Officers | 908.84 |
| 6150 - Office Expense | 562.62 |
| 6181 - Professional Fees-Legal | 10,000.00 |
| 6200 - Rent Expense | 7,394.19 |
| 6250 - Franchise Taxes & Licensing Fees | 5,561.60 |
| 6252 - Corporate Taxes | (307.44) |
| 6260 - Telephone Expense | 512.34 |
| **Total - Expense** | **39,643.70** |
| **Net Ordinary Income** | **61,813.32** |
| **Net Income** | **61,813.32** |

**Peeled, Inc.**

**Cash Flow Launcher ™**

**Key Schedule** UPDATED THROUGH 2/23

| Sales and Collections | Week 6<br>2/8<br>2/14<br>Actual | Week 7<br>2/15<br>2/21<br>Actual | Week 8<br>2/22<br>2/28<br>Actual | Week 9<br>3/1<br>3/7<br>Projected | Week 10<br>3/8<br>3/14<br>Projected | Week 11<br>3/15<br>3/21<br>Projected | Week 12<br>3/22<br>3/28<br>Projected | Week 13<br>3/29<br>4/4<br>Projected | Week 14<br>4/5<br>4/11<br>Projected | Week 15<br>4/12<br>4/18<br>Projected | Week 16<br>4/19<br>4/25<br>Projected | Week 17<br>4/26<br>5/2<br>Projected | Week 18<br>5/3<br>5/9<br>Projected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | | | | | | | |
| **Total Sales** | $ - | $ - | $2,197 | $41,961 | $7,403 | $99,789 | $98,330 | $ - | $ - | $2,785 | $112,672 | $110,937 | $13,653 |
| **Operating Collections** | | | | | | | | | | | | | |
| Existing Accounts Receivable Collection | $13,627 | $ - | $432 | $132,332 | $105,880 | $347,458 | $146,932 | $79,188 | $ - | $ - | $ - | $2,197 | $41,961 |
| Existing Accounts Receivable Collection | - | 133,000 | - | - | - | - | - | - | - | - | - | - | - |
| Trade Spend & Promotion Discount | - | - | (2,932) | (369) | (13,971) | (45,846) | (19,387) | (10,449) | - | - | - | (290) | (5,537) |
| **Total Operating Collections** | $13,627 | $133,000 | $(2,500) | $131,963 | $91,910 | $301,611 | $127,545 | $68,740 | $ - | $ - | $ - | $1,907 | $36,424 |
| **Non-Operating Collections** | | | | | | | | | | | | | |
| Assets Sales | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Non-Operating Collections | 416,510 | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Non-Operating Collections** | $416,510 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Collections** | $430,137 | $133,000 | $(2,500) | $131,963 | $91,910 | $301,611 | $127,545 | $68,740 | $ - | $ - | $ - | $1,907 | $36,424 |
| **Cumulative Collections** | $501,699 | $634,699 | $632,199 | $764,162 | $856,072 | $1,157,683 | $1,285,227 | $1,353,967 | $1,353,967 | $1,353,967 | $1,353,967 | $1,355,874 | $1,392,299 |

| Sales and Collections | Week 19<br>5/10<br>5/16<br>Projected | Week 20<br>5/17<br>5/23<br>Projected | Week 21<br>5/24<br>5/30<br>Projected | Week 22<br>5/31<br>6/6<br>Projected | Week 23<br>6/7<br>6/13<br>Projected | Week 24<br>6/14<br>6/20<br>Projected | Week 25<br>6/21<br>6/27<br>Projected | Week 26<br>6/28<br>7/4<br>Projected | Week 27<br>7/5<br>7/11<br>Projected | Week 28<br>7/12<br>7/18<br>Projected | Week 29<br>7/19<br>7/25<br>Projected | Week 30<br>7/26<br>8/1<br>Projected | Week 31<br>8/2<br>8/8<br>Projected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | | | | | | | |
| **Total Sales** | $2,976 | $ - | $ - | $ - | $40,921 | $145,754 | $138,648 | $40,921 | $89,666 | $10,959 | $10,959 | $32,877 | $61,262 |
| **Operating Collections** | | | | | | | | | | | | | |
| Existing Accounts Receivable Collection | $7,403 | $99,789 | $98,330 | $ - | $ - | $2,785 | $112,672 | $110,937 | $13,653 | $2,976 | $ - | $ - | $ - |
| Existing Accounts Receivable Collection | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Trade Spend & Promotion Discount | (977) | (13,167) | (12,975) | - | - | (367) | (14,867) | (14,638) | (1,802) | (393) | - | - | - |
| **Total Operating Collections** | $6,426 | $86,622 | $85,356 | $ - | $ - | $2,417 | $97,806 | $96,299 | $11,852 | $2,583 | $ - | $ - | $ - |
| **Non-Operating Collections** | | | | | | | | | | | | | |
| Assets Sales | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Non-Operating Collections | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Non-Operating Collections** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Collections** | $6,426 | $86,622 | $85,356 | $ - | $ - | $2,417 | $97,806 | $96,299 | $11,852 | $2,583 | $ - | $ - | $ - |
| **Cumulative Collections** | $1,398,725 | $1,485,347 | $1,570,703 | $1,570,703 | $1,570,703 | $1,573,120 | $1,670,926 | $1,767,224 | $1,779,076 | $1,781,660 | $1,781,660 | $1,781,660 | $1,781,660 |

| Sales and Collections | Week 32<br>8/9<br>8/15<br>Projected | Week 33<br>8/16<br>8/22<br>Projected | Week 34<br>8/23<br>8/29<br>Projected | Week 35<br>8/30<br>9/5<br>Projected | Week 36<br>9/6<br>9/12<br>Projected | Week 37<br>9/13<br>9/19<br>Projected | Week 38<br>9/20<br>9/26<br>Projected | Week 39<br>9/27<br>10/3<br>Projected | Week 40<br>10/4<br>10/10<br>Projected | Week 41<br>10/11<br>10/17<br>Projected | Week 42<br>10/18<br>10/24<br>Projected | Week 43<br>10/25<br>10/31<br>Projected | Week 44<br>11/1<br>11/7<br>Projected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | | | | | | | |
| **Total Sales** | $61,262 | $61,262 | $61,262 | $63,924 | $63,924 | $63,924 | $63,924 | $63,924 | $47,425 | $47,425 | $47,425 | $47,425 | $37,651 |
| **Operating Collections** | | | | | | | | | | | | | |
| Existing Accounts Receivable Collection | $40,921 | $145,754 | $138,648 | $40,921 | $89,666 | $10,959 | $10,959 | $32,877 | $61,262 | $61,262 | $61,262 | $61,262 | $63,924 |
| Existing Accounts Receivable Collection | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Trade Spend & Promotion Discount | (5,399) | (19,232) | (18,294) | (5,399) | (11,831) | (1,446) | (1,446) | (4,338) | (8,083) | (8,083) | (8,083) | (8,083) | (8,435) |
| **Total Operating Collections** | $35,522 | $126,522 | $120,353 | $35,522 | $77,835 | $9,513 | $9,513 | $28,539 | $53,179 | $53,179 | $53,179 | $53,179 | $55,489 |
| **Non-Operating Collections** | | | | | | | | | | | | | |
| Assets Sales | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Non-Operating Collections | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Non-Operating Collections** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Collections** | $35,522 | $126,522 | $120,353 | $35,522 | $77,835 | $9,513 | $9,513 | $28,539 | $53,179 | $53,179 | $53,179 | $53,179 | $55,489 |
| **Cumulative Collections** | $1,817,181 | $1,943,703 | $2,064,056 | $2,099,578 | $2,177,412 | $2,186,925 | $2,196,438 | $2,224,977 | $2,278,156 | $2,331,334 | $2,384,513 | $2,437,692 | $2,493,181 |

| Sales and Collections | Week 45<br>11/8<br>11/14<br>Projected | Week 46<br>11/15<br>11/21<br>Projected | Week 47<br>11/22<br>11/28<br>Projected | Week 48<br>11/29<br>12/5<br>Projected | Week 49<br>12/6<br>12/12<br>Projected | Week 50<br>12/13<br>12/19<br>Projected | Week 51<br>12/20<br>12/26<br>Projected | Week 52<br>12/27<br>1/2<br>Projected | Week 53<br>1/3<br>1/9<br>Projected | Week 54<br>1/10<br>1/16<br>Projected | Week 55<br>1/17<br>1/23<br>Projected | Week 56<br>1/24<br>1/30<br>Projected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | | | | | | |
| **Total Sales** | $37,651 | $37,651 | $37,651 | $18,707 | $18,707 | $18,707 | $18,707 | $18,707 | $163,980 | $163,980 | $163,980 | $163,980 |
| **Operating Collections** | | | | | | | | | | | | |
| Existing Accounts Receivable Collection | $63,924 | $63,924 | $63,924 | $63,924 | $47,425 | $47,425 | $47,425 | $47,425 | $37,651 | $37,651 | $37,651 | $37,651 |
| Existing Accounts Receivable Collection | - | - | - | - | - | - | - | - | - | - | - | - |
| Trade Spend & Promotion Discount | (8,435) | (8,435) | (8,435) | (8,435) | (6,258) | (6,258) | (6,258) | (6,258) | (4,968) | (4,968) | (4,968) | (4,968) |
| **Total Operating Collections** | $55,489 | $55,489 | $55,489 | $55,489 | $41,168 | $41,168 | $41,168 | $41,168 | $32,683 | $32,683 | $32,683 | $32,683 |
| **Non-Operating Collections** | | | | | | | | | | | | |
| Assets Sales | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Non-Operating Collections | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Non-Operating Collections** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Collections** | $55,489 | $55,489 | $55,489 | $55,489 | $41,168 | $41,168 | $41,168 | $41,168 | $32,683 | $32,683 | $32,683 | $32,683 |
| **Cumulative Collections** | $2,548,670 | $2,604,159 | $2,659,648 | $2,715,138 | $2,756,305 | $2,797,473 | $2,838,641 | $2,879,809 | $2,912,492 | $2,945,175 | $2,977,858 | $3,010,541 |

| Purchases and Disbursements | Week 6<br>2/8<br>2/14<br>Actual | Week 7<br>2/15<br>2/21<br>Actual | Week 8<br>2/22<br>2/28<br>Actual | Week 9<br>3/1<br>3/7<br>Projected | Week 10<br>3/8<br>3/14<br>Projected | Week 11<br>3/15<br>3/21<br>Projected | Week 12<br>3/22<br>3/28<br>Projected | Week 13<br>3/29<br>4/4<br>Projected | Week 14<br>4/5<br>4/11<br>Projected | Week 15<br>4/12<br>4/18<br>Projected | Week 16<br>4/19<br>4/25<br>Projected | Week 17<br>4/26<br>5/2<br>Projected | Week 18<br>5/3<br>5/9<br>Projected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Disbursements** | | | | | | | | | | | | | |
| Cost of Goods Sold | $ - | $3,229 | $10,000 | $23,583 | $4,509 | $55,501 | $54,696 | $423 | $423 | $1,960 | $62,612 | $61,654 | $7,959 |
| Professional Fees | - | 2,055 | - | - | - | - | - | - | - | - | - | - | - |
| Freight Expense and Warehousing Fees | - | - | - | 3,127 | 2,346 | 4,434 | 4,401 | 2,179 | 2,179 | 2,242 | 4,725 | 4,686 | 2,487 |
| Insurance Expenses | - | 4,513 | - | - | - | - | 1,042 | - | - | - | 1,042 | - | - |
| Marketing and Advertising Expenses | - | - | - | 481 | 481 | 897 | 481 | 481 | 481 | 897 | 481 | 481 | 481 |
| Software and Equipment | 10,000 | 4,213 | 5,000 | - | - | - | 2,000 | - | - | - | 2,000 | - | - |
| In-Store Support and Spoilage | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Operating Disbursements | - | - | 530 | 5,978 | 312 | 4,199 | 4,138 | - | - | 117 | 4,741 | 4,793 | 700 |
| Payroll and Payroll Expenses | 286,288 | 490 | 5,527 | - | - | 11,000 | - | 10,000 | - | 10,000 | 1,000 | 10,000 | - |
| Occupancy and Utility Costs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Disbursements** | $296,288 | $14,499 | $21,057 | $33,169 | $7,648 | $76,031 | $66,757 | $13,083 | $3,083 | $15,217 | $76,601 | $81,614 | $11,627 |
| **Non-Operating Disbursements** | | | | | | | | | | | | | |
| Term Debt, Fees, Interest, etc. | $ - | $133,000 | $ - | $13,250 | $ - | $ - | $ - | $13,250 | $ - | $ - | $ - | $13,250 | $ - |
| Accruals | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Capital Expenditures | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Non-Operating Disbursements | - | - | - | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 |
| **Total Non-Operating Disbursements** | $ - | $133,000 | $ - | $13,442 | $192 | $192 | $192 | $13,442 | $192 | $192 | $192 | $13,442 | $192 |
| **Total Disbursements** | $296,288 | $147,499 | $21,057 | $46,611 | $7,840 | $76,224 | $66,949 | $26,525 | $3,275 | $15,409 | $76,793 | $95,056 | $11,819 |
| **Cumulative Disbursements** | $360,615 | $508,114 | $529,171 | $575,782 | $583,622 | $659,846 | $726,796 | $753,321 | $756,596 | $772,004 | $848,798 | $943,854 | $955,673 |
| **Net Cash Flow** | $133,849 | $(14,499) | $(23,557) | $85,352 | $84,070 | $225,387 | $60,595 | $42,215 | $(3,275) | $(15,409) | $(76,793) | $(93,149) | $24,605 |
| **Cumulative Cash Flow** | $141,083 | $126,585 | $103,028 | $188,380 | $272,449 | $497,837 | $558,432 | $600,646 | $597,371 | $581,962 | $505,169 | $412,021 | $436,626 |

| Purchases and Disbursements | Week 19<br>5/10<br>5/16<br>Projected | Week 20<br>5/17<br>5/23<br>Projected | Week 21<br>5/24<br>5/30<br>Projected | Week 22<br>5/31<br>6/6<br>Projected | Week 23<br>6/7<br>6/13<br>Projected | Week 24<br>6/14<br>6/20<br>Projected | Week 25<br>6/21<br>6/27<br>Projected | Week 26<br>6/28<br>7/4<br>Projected | Week 27<br>7/5<br>7/11<br>Projected | Week 28<br>7/12<br>7/18<br>Projected | Week 29<br>7/19<br>7/25<br>Projected | Week 30<br>7/26<br>8/1<br>Projected | Week 31<br>8/2<br>8/8<br>Projected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Disbursements** | | | | | | | | | | | | | |
| Cost of Goods Sold | $2,066 | $423 | $423 | $423 | $23,009 | $80,872 | $76,949 | $23,009 | $49,914 | $6,472 | $6,472 | $18,569 | $34,237 |
| Professional Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Freight Expense and Warehousing Fees | 2,246 | 2,179 | 2,179 | 2,179 | 3,104 | 5,473 | 5,312 | 3,104 | 4,205 | 2,426 | 2,426 | 2,922 | 3,563 |
| Insurance Expenses | - | - | 1,042 | - | - | - | 1,042 | - | - | - | 1,042 | - | - |
| Marketing and Advertising Expenses | 897 | 481 | 481 | 481 | 481 | 897 | 481 | 481 | 481 | 897 | 481 | 481 | 481 |
| Software and Equipment | - | 2,000 | - | - | - | - | 2,000 | - | - | - | 2,000 | - | - |
| In-Store Support and Spoilage | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Operating Disbursements | 250 | 125 | 125 | 125 | 1,847 | 6,258 | 5,959 | 1,847 | 3,898 | 586 | 586 | 1,508 | 2,703 |
| Payroll and Payroll Expenses | 10,000 | 1,000 | - | 10,000 | - | 10,000 | 1,000 | 10,000 | - | 10,000 | - | 10,000 | - |
| Occupancy and Utility Costs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Disbursements** | $15,459 | $6,208 | $4,249 | $13,208 | $28,441 | $103,499 | $92,743 | $38,441 | $58,498 | $20,382 | $13,007 | $33,480 | $40,983 |
| **Non-Operating Disbursements** | | | | | | | | | | | | | |
| Term Debt, Fees, Interest, etc. | $ - | $ - | $ - | $13,250 | $ - | $ - | $ - | $13,250 | $ - | $ - | $ - | $13,250 | $ - |
| Accruals | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Capital Expenditures | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Non-Operating Disbursements | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 |
| **Total Non-Operating Disbursements** | $192 | $192 | $192 | $13,442 | $192 | $192 | $192 | $13,442 | $192 | $192 | $192 | $13,442 | $192 |
| **Total Disbursements** | $15,652 | $6,400 | $4,442 | $26,650 | $28,633 | $103,692 | $92,935 | $51,883 | $58,690 | $20,574 | $13,199 | $46,923 | $41,176 |
| **Cumulative Disbursements** | $971,324 | $977,724 | $982,166 | $1,008,816 | $1,037,449 | $1,141,141 | $1,234,076 | $1,285,959 | $1,344,649 | $1,365,223 | $1,378,422 | $1,425,345 | $1,466,520 |
| **Net Cash Flow** | $(9,225) | $80,222 | $80,914 | $(26,650) | $(28,633) | $(101,274) | $4,871 | $44,416 | $(46,838) | $(17,991) | $(13,199) | $(46,923) | $(41,176) |
| **Cumulative Cash Flow** | $427,401 | $507,622 | $588,537 | $561,887 | $533,254 | $431,979 | $436,850 | $481,266 | $434,428 | $416,437 | $403,238 | $356,315 | $315,139 |

| Purchases and Disbursements | Week 32<br>8/9<br>8/15<br>Projected | Week 33<br>8/16<br>8/22<br>Projected | Week 34<br>8/23<br>8/29<br>Projected | Week 35<br>8/30<br>9/5<br>Projected | Week 36<br>9/6<br>9/12<br>Projected | Week 37<br>9/13<br>9/19<br>Projected | Week 38<br>9/20<br>9/26<br>Projected | Week 39<br>9/27<br>10/3<br>Projected | Week 40<br>10/4<br>10/10<br>Projected | Week 41<br>10/11<br>10/17<br>Projected | Week 42<br>10/18<br>10/24<br>Projected | Week 43<br>10/25<br>10/31<br>Projected | Week 44<br>11/1<br>11/7<br>Projected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Disbursements** | | | | | | | | | | | | | |
| Cost of Goods Sold | $34,237 | $34,237 | $34,237 | $35,706 | $35,706 | $35,706 | $35,706 | $35,706 | $26,599 | $26,599 | $26,599 | $26,599 | $21,204 |
| Professional Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Freight Expense and Warehousing Fees | 3,563 | 3,563 | 3,563 | 3,623 | 3,623 | 3,623 | 3,623 | 3,623 | 3,251 | 3,251 | 3,251 | 3,251 | 3,030 |
| Insurance Expenses | - | - | 1,042 | - | - | - | 1,042 | - | - | - | - | 1,042 | - |
| Marketing and Advertising Expenses | 897 | 481 | 481 | 481 | 481 | 897 | 481 | 481 | 481 | 897 | 481 | 481 | 481 |
| Software and Equipment | - | - | 2,000 | - | - | - | 2,000 | - | - | - | 2,000 | - | - |
| In-Store Support and Spoilage | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Operating Disbursements | 2,703 | 2,703 | 2,703 | 2,815 | 2,815 | 2,815 | 2,815 | 2,815 | 2,121 | 2,121 | 2,121 | 2,121 | 1,709 |
| Payroll and Payroll Expenses | 10,000 | - | - | 10,000 | - | 10,000 | - | 10,000 | - | 10,000 | - | 10,000 | - |
| Occupancy and Utility Costs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Disbursements** | $51,400 | $40,983 | $44,025 | $52,625 | $42,625 | $53,041 | $45,666 | $52,625 | $32,451 | $42,868 | $34,451 | $43,493 | $26,424 |
| **Non-Operating Disbursements** | | | | | | | | | | | | | |
| Term Debt, Fees, Interest, etc. | $ - | $ - | $ - | $13,250 | $ - | $ - | $ - | $13,250 | $ - | $ - | $ - | $ - | $13,250 |
| Accruals | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Capital Expenditures | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Non-Operating Disbursements | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 |
| **Total Non-Operating Disbursements** | $192 | $192 | $192 | $13,442 | $192 | $192 | $192 | $13,442 | $192 | $192 | $192 | $192 | $13,442 |
| **Total Disbursements** | $51,592 | $41,176 | $44,217 | $66,067 | $42,817 | $53,234 | $45,859 | $66,067 | $32,644 | $43,060 | $34,644 | $43,685 | $39,866 |
| **Cumulative Disbursements** | $1,518,112 | $1,559,288 | $1,603,505 | $1,669,572 | $1,712,389 | $1,765,623 | $1,811,481 | $1,877,548 | $1,910,192 | $1,953,252 | $1,987,896 | $2,031,581 | $2,071,448 |
| **Net Cash Flow** | $(16,071) | $85,346 | $76,136 | $(30,545) | $35,018 | $(43,721) | $(36,346) | $(37,528) | $20,535 | $10,118 | $18,535 | $9,493 | $15,623 |
| **Cumulative Cash Flow** | $299,069 | $384,415 | $460,551 | $430,005 | $465,023 | $421,302 | $384,957 | $347,428 | $367,963 | $378,082 | $396,617 | $406,110 | $421,733 |

| Purchases and Disbursements | Week 45<br>11/8<br>11/14<br>Projected | Week 46<br>11/15<br>11/21<br>Projected | Week 47<br>11/22<br>11/28<br>Projected | Week 48<br>11/29<br>12/5<br>Projected | Week 49<br>12/6<br>12/12<br>Projected | Week 50<br>12/13<br>12/19<br>Projected | Week 51<br>12/20<br>12/26<br>Projected | Week 52<br>12/27<br>1/2<br>Projected | Week 53<br>1/3<br>1/9<br>Projected | Week 54<br>1/10<br>1/16<br>Projected | Week 55<br>1/17<br>1/23<br>Projected | Week 56<br>1/24<br>1/30<br>Projected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Disbursements** | | | | | | | | | | | | |
| Cost of Goods Sold | $21,204 | $21,204 | $21,204 | $10,748 | $10,748 | $10,748 | $10,748 | $10,748 | $90,932 | $90,932 | $90,932 | $90,932 |
| Professional Fees | - | - | - | - | - | - | - | - | - | - | - | - |
| Freight Expense and Warehousing Fees | 3,030 | 3,030 | 3,030 | 2,602 | 2,602 | 2,602 | 2,602 | 2,602 | 5,884 | 5,884 | 5,884 | 5,884 |
| Insurance Expenses | - | - | 1,042 | - | - | - | 1,042 | - | - | - | - | 1,042 |
| Marketing and Advertising Expenses | 481 | 897 | 481 | 481 | 481 | 897 | 481 | 481 | 481 | 897 | 481 | 481 |
| Software and Equipment | - | - | 2,000 | - | - | - | 2,000 | - | - | - | - | 2,000 |
| In-Store Support and Spoilage | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Operating Disbursements | 1,709 | 1,709 | 1,709 | 912 | 912 | 912 | 912 | 912 | 7,025 | 7,025 | 7,025 | 7,025 |
| Payroll and Payroll Expenses | - | 10,000 | - | 10,000 | - | 10,000 | - | 10,000 | - | 10,000 | - | 10,000 |
| Occupancy and Utility Costs | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Disbursements** | $26,424 | $36,841 | $29,466 | $24,743 | $14,743 | $25,159 | $17,784 | $24,743 | $104,322 | $114,738 | $104,322 | $117,363 |
| **Non-Operating Disbursements** | | | | | | | | | | | | |
| Term Debt, Fees, Interest, etc. | $ - | $ - | $ - | $13,250 | $ - | $ - | $ - | $13,250 | $ - | $ - | $ - | $ - |
| Accruals | - | - | - | - | - | - | - | - | - | - | - | - |
| Capital Expenditures | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Non-Operating Disbursements | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 |
| **Total Non-Operating Disbursements** | $192 | $192 | $192 | $13,442 | $192 | $192 | $192 | $13,442 | $192 | $192 | $192 | $192 |
| **Total Disbursements** | $26,616 | $37,033 | $29,658 | $38,185 | $14,935 | $25,352 | $17,977 | $38,185 | $104,514 | $114,931 | $104,514 | $117,556 |
| **Cumulative Disbursements** | $2,098,064 | $2,135,097 | $2,164,755 | $2,202,940 | $2,217,875 | $2,243,227 | $2,261,204 | $2,299,388 | $2,403,902 | $2,518,833 | $2,623,347 | $2,740,903 |
| **Net Cash Flow** | $28,873 | $18,456 | $25,831 | $17,304 | $26,233 | $15,816 | $23,191 | $2,983 | $(71,831) | $(82,248) | $(71,831) | $(84,873) |
| **Cumulative Cash Flow** | $450,606 | $469,062 | $494,893 | $512,197 | $538,430 | $554,246 | $577,437 | $580,420 | $508,589 | $426,342 | $354,511 | $269,638 |

| Liquidity | Week 6<br>2/8<br>2/14<br>Actual | Week 7<br>2/15<br>2/21<br>Actual | Week 8<br>2/22<br>2/28<br>Actual | Week 9<br>3/1<br>3/7<br>Projected | Week 10<br>3/8<br>3/14<br>Projected | Week 11<br>3/15<br>3/21<br>Projected | Week 12<br>3/22<br>3/28<br>Projected | Week 13<br>3/29<br>4/4<br>Projected | Week 14<br>4/5<br>4/11<br>Projected | Week 15<br>4/12<br>4/18<br>Projected | Week 16<br>4/19<br>4/25<br>Projected | Week 17<br>4/26<br>5/2<br>Projected | Week 18<br>5/3<br>5/9<br>Projected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Accounts Payable Balance Week Ending** | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 |
| **Cash Balance (Book) Week Ending** | $143,439 | $128,940 | $105,383 | $190,735 | $274,805 | $500,192 | $560,787 | $603,002 | $599,727 | $584,318 | $507,525 | $414,376 | $438,981 |
| **Borrowing Base/Credit Facility** | | | | | | | | | | | | | |
| Total Eligible to Borrow | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Ending Loan Outstanding | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Availability** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Net Liquidity** | $143,439 | $128,940 | $105,383 | $190,735 | $274,805 | $500,192 | $560,787 | $603,002 | $599,727 | $584,318 | $507,525 | $414,376 | $438,981 |
| | | Bank Bal $(4,059.81) | | | | | | | | | | | |

| Liquidity | Week 19<br>5/10<br>5/16<br>Projected | Week 20<br>5/17<br>5/23<br>Projected | Week 21<br>5/24<br>5/30<br>Projected | Week 22<br>5/31<br>6/6<br>Projected | Week 23<br>6/7<br>6/13<br>Projected | Week 24<br>6/14<br>6/20<br>Projected | Week 25<br>6/21<br>6/27<br>Projected | Week 26<br>6/28<br>7/4<br>Projected | Week 27<br>7/5<br>7/11<br>Projected | Week 28<br>7/12<br>7/18<br>Projected | Week 29<br>7/19<br>7/25<br>Projected | Week 30<br>7/26<br>8/1<br>Projected | Week 31<br>8/2<br>8/8<br>Projected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Accounts Payable Balance Week Ending** | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 |
| **Cash Balance (Book) Week Ending** | $429,756 | $509,978 | $590,892 | $564,242 | $535,609 | $434,335 | $439,206 | $483,621 | $436,783 | $418,792 | $405,593 | $358,671 | $317,495 |
| **Borrowing Base/Credit Facility** | | | | | | | | | | | | | |
| Total Eligible to Borrow | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Ending Loan Outstanding | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Availability** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Net Liquidity** | $429,756 | $509,978 | $590,892 | $564,242 | $535,609 | $434,335 | $439,206 | $483,621 | $436,783 | $418,792 | $405,593 | $358,671 | $317,495 |

| Liquidity | Week 32<br>8/9<br>8/15<br>Projected | Week 33<br>8/16<br>8/22<br>Projected | Week 34<br>8/23<br>8/29<br>Projected | Week 35<br>8/30<br>9/5<br>Projected | Week 36<br>9/6<br>9/12<br>Projected | Week 37<br>9/13<br>9/19<br>Projected | Week 38<br>9/20<br>9/26<br>Projected | Week 39<br>9/27<br>10/3<br>Projected | Week 40<br>10/4<br>10/10<br>Projected | Week 41<br>10/11<br>10/17<br>Projected | Week 42<br>10/18<br>10/24<br>Projected | Week 43<br>10/25<br>10/31<br>Projected | Week 44<br>11/1<br>11/7<br>Projected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Accounts Payable Balance Week Ending** | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 |
| **Cash Balance (Book) Week Ending** | $301,424 | $386,770 | $462,906 | $432,361 | $467,379 | $423,658 | $387,312 | $349,784 | $370,319 | $380,437 | $398,972 | $408,466 | $424,089 |
| **Borrowing Base/Credit Facility** | | | | | | | | | | | | | |
| Total Eligible to Borrow | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Ending Loan Outstanding | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Availability** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Net Liquidity** | $301,424 | $386,770 | $462,906 | $432,361 | $467,379 | $423,658 | $387,312 | $349,784 | $370,319 | $380,437 | $398,972 | $408,466 | $424,089 |

| Liquidity | Week 45<br>11/8<br>11/14<br>Projected | Week 46<br>11/15<br>11/21<br>Projected | Week 47<br>11/22<br>11/28<br>Projected | Week 48<br>11/29<br>12/5<br>Projected | Week 49<br>12/6<br>12/12<br>Projected | Week 50<br>12/13<br>12/19<br>Projected | Week 51<br>12/20<br>12/26<br>Projected | Week 52<br>12/27<br>1/2<br>Projected | Week 53<br>1/3<br>1/9<br>Projected | Week 54<br>1/10<br>1/16<br>Projected | Week 55<br>1/17<br>1/23<br>Projected | Week 56<br>1/24<br>1/30<br>Projected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Accounts Payable Balance Week Ending** | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 |
| **Cash Balance (Book) Week Ending** | $452,961 | $471,417 | $497,249 | $514,553 | $540,786 | $556,602 | $579,793 | $582,776 | $510,945 | $428,697 | $356,866 | $271,994 |
| **Borrowing Base/Credit Facility** | | | | | | | | | | | | |
| Total Eligible to Borrow | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Ending Loan Outstanding | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Availability** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Net Liquidity** | $452,961 | $471,417 | $497,249 | $514,553 | $540,786 | $556,602 | $579,793 | $582,776 | $510,945 | $428,697 | $356,866 | $271,994 |

* Sales projections have been adjusted to fulfill prompt paying customer orders with available inventory. 60 – 90 days after sales, collections are received allowing for the purchase of additional inventory so additional orders can be fulfilled.



**Peeled, Inc.**
**Cash Flow Launcher ™**
**Sales and Collections**

NEWPOINT

**Assumptions**

(1) AR Balance as of 1/3/20 $316,938.93
(2) Sales are based off of the Peeled, Inc. Open Order Report and related 2021 budget, according to the following table:
(3) Collections are based off of of sales assuming 70 day collection period
(4)
(5)
(6)
(7)
(8)
(9)
(10)

**Data Entry**

| | Week -2 | Week -1 | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | Week 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/21 | 12/28 | 1/4 | 1/11 | 1/18 | 1/25 | 2/1 | 2/8 | 2/15 | 2/22 | 3/1 | 3/8 | 3/15 | 3/22 | 3/29 | 4/5 |
| | 12/27 | 1/3 | 1/10 | 1/17 | 1/24 | 1/31 | 2/7 | 2/14 | 2/21 | 2/28 | 3/7 | 3/14 | 3/21 | 3/28 | 4/4 | 4/11 |
| | Actual | Actual | Actual | Actual | Actual | Actual | Actual | Actual | Actual | Actual | Projected | Projected | Projected | Projected | Projected | Projected |
| **Sales** | | | | | | | | | | | | | | | | |
| Sales | $22 221 | $2 795 | $105 880 | $347 458 | $146 932 | $79 188 | $ - | $ - | $ - | $2 197 | $41 961 | $7 403 | $99 789 | $98 330 | $ - | $ - |
| Total | $22 221 | $2 795 | $105 880 | $347 458 | $146 932 | $79 188 | $ - | $ - | $ - | $2 197 | $41 961 | $7 403 | $99 789 | $98 330 | $ - | $ - |
| **Operating Collections** | | | | | | | | | | | | | | | | |
| Existing Accounts Receivable Collections: BoA x1750 | $41 934 | $69 395 | $41 622 | $821 | $9 046 | $13 453 | $6 620 | $13 627 | $ - | $432 | $132 332 | $105 880 | $347 458 | $146 932 | $79 188 | $ - |
| Existing Accounts Receivable Collections: Newpoint Operating | - | - | - | - | - | - | - | - | 133 000 | - | - | - | - | - | - | - |
| Trade Spend & Promotion Discount 13.2% | - | - | - | - | - | - | - | - | - | (2 932) | (369) | (13 971) | (45 846) | (19 387) | (10 449) | - |
| **Non-Operating Collections** | | | | | | | | | | | | | | | | |
| Assets Sales | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Non-Operating Collections | - | - | - | - | - | - | - | 416 510 | - | - | - | - | - | - | - | - |
| **Accounts Receivable** | | | | | | | | | | | | | | | | |
| Beginning Balance | $316 939 | $297 226 | $230 626 | $294 885 | $641 522 | $779 408 | $845 143 | $838 523 | $824 896 | $691 896 | $693 661 | $603 290 | $504 813 | $257 144 | $208 542 | $129 354 |
| Sales | 22 221 | 2 795 | 105 880 | 347 458 | 146 932 | 79 188 | - | - | - | 2 197 | 41 961 | 7 403 | 99 789 | 98 330 | - | - |
| AR and Sales Collections | 41 934 | 69 395 | 41 622 | 821 | 9 046 | 13 453 | 6 620 | 13 627 | 133 000 | 432 | 132 332 | 105 880 | 347 458 | 146 932 | 79 188 | - |
| Ending Balance | $297 226 | $230 626 | $294 885 | $641 522 | $779 408 | $845 143 | $838 523 | $824 896 | $691 896 | $693 661 | $603 290 | $504 813 | $257 144 | $208 542 | $129 354 | $129 354 |
| Days Sales Outstanding (DSO) | | | (44) | (21) | (23) | (26) | (38) | (102) | (283) | (9.714) | (446) | (339) | (95) | (45) | (37) | (26) |

| | Week 15 | Week 16 | Week 17 | Week 18 | Week 19 | Week 20 | Week 21 | Week 22 | Week 23 | Week 24 | Week 25 | Week 26 | Week 27 | Week 28 | Week 29 | Week 30 | Week 31 | Week 32 | Week 33 | Week 34 | Week 35 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4/12 | 4/19 | 4/26 | 5/3 | 5/10 | 5/17 | 5/24 | 5/31 | 6/7 | 6/14 | 6/21 | 6/28 | 7/5 | 7/12 | 7/19 | 7/26 | 8/2 | 8/9 | 8/16 | 8/23 | 8/30 |
| | 4/18 | 4/25 | 5/2 | 5/9 | 5/16 | 5/23 | 5/30 | 6/6 | 6/13 | 6/20 | 6/27 | 7/4 | 7/11 | 7/18 | 7/25 | 8/1 | 8/8 | 8/15 | 8/22 | 8/29 | 9/5 |
| | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected |
| **Sales** | | | | | | | | | | | | | | | | | | | | | |
| Sales | $2 785 | $112 672 | $110 937 | $13 653 | $2 976 | $ - | $ - | $ - | $40 921 | $145 754 | $138 648 | $40 921 | $89 666 | $10 959 | $10 959 | $32 877 | $61 262 | $61 262 | $61 262 | $61 262 | $63 924 |
| Total | $2 785 | $112 672 | $110 937 | $13 653 | $2 976 | $ - | $ - | $ - | $40 921 | $145 754 | $138 648 | $40 921 | $89 666 | $10 959 | $10 959 | $32 877 | $61 262 | $61 262 | $61 262 | $61 262 | $63 924 |
| **Operating Collections** | | | | | | | | | | | | | | | | | | | | | |
| Existing Accounts Receivable Collections: BoA x1750 | $ - | $ - | $2 197 | $41 961 | $7 403 | $99 789 | $98 330 | $ - | $ - | $2 785 | $112 672 | $110 937 | $13 653 | $2 976 | $ - | $ - | $ - | $40 921 | $145 754 | $138 648 | $40 921 |
| Existing Accounts Receivable Collections: Newpoint Operating | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Trade Spend & Promotion Discount 13.2% | - | - | (290) | (5 537) | (977) | (13 167) | (12 975) | - | - | (367) | (14 867) | (14 638) | (1 802) | (393) | - | - | - | (5 399) | (19 232) | (18 294) | (5 399) |
| **Non-Operating Collections** | | | | | | | | | | | | | | | | | | | | | |
| Assets Sales | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Non-Operating Collections | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Accounts Receivable** | | | | | | | | | | | | | | | | | | | | | |
| Beginning Balance | $129 354 | $132 139 | $244 811 | $353 551 | $325 243 | $320 816 | $221 027 | $122 697 | $122 697 | $163 618 | $306 586 | $332 562 | $262 546 | $338 558 | $346 541 | $357 500 | $390 377 | $451 639 | $471 980 | $387 489 | $310 103 |
| Sales | 2 785 | 112 672 | 110 937 | 13 653 | 2 976 | - | - | - | 40 921 | 145 754 | 138 648 | 40 921 | 89 666 | 10 959 | 10 959 | 32 877 | 61 262 | 61 262 | 61 262 | 61 262 | 63 924 |
| AR and Sales Collections | - | - | 2 197 | 41 961 | 7 403 | 99 789 | 98 330 | - | - | 2 785 | 112 672 | 110 937 | 13 653 | 2 976 | - | - | - | 40 921 | 145 754 | 138 648 | 40 921 |
| Ending Balance | $132 139 | $244 811 | $353 551 | $325 243 | $320 816 | $221 027 | $122 697 | $122 697 | $163 618 | $306 586 | $332 562 | $262 546 | $338 558 | $346 541 | $357 500 | $390 377 | $451 639 | $471 980 | $387 489 | $310 103 | $333 106 |
| Days Sales Outstanding (DSO) | (41) | (39) | (27) | (31) | (36) | (67) | (417) | (1.852) | (108) | (27) | (20) | (20) | (21) | (32) | (60) | (69) | (93) | (70) | (55) | (46) | (42) |

| | Week 36 | Week 37 | Week 38 | Week 39 | Week 40 | Week 41 | Week 42 | Week 43 | Week 44 | Week 45 | Week 46 | Week 47 | Week 48 | Week 49 | Week 50 | Week 51 | Week 52 | Week 53 | Week 54 | Week 55 | Week 56 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 9/6 | 9/13 | 9/20 | 9/27 | 10/4 | 10/11 | 10/18 | 10/25 | 11/1 | 11/8 | 11/15 | 11/22 | 11/29 | 12/6 | 12/13 | 12/20 | 12/27 | 1/3 | 1/10 | 1/17 | 1/24 |
| | 9/12 | 9/19 | 9/26 | 10/3 | 10/10 | 10/17 | 10/24 | 10/31 | 11/7 | 11/14 | 11/21 | 11/28 | 12/5 | 12/12 | 12/19 | 12/26 | 1/2 | 1/9 | 1/16 | 1/23 | 1/30 |
| | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected |
| **Sales** | | | | | | | | | | | | | | | | | | | | | |
| Sales | $63 924 | $63 924 | $63 924 | $63 924 | $47 425 | $47 425 | $47 425 | $47 425 | $37 651 | $37 651 | $37 651 | $37 651 | $18 707 | $18 707 | $18 707 | $18 707 | $18 707 | $163 980 | $163 980 | $163 980 | $163 980 |
| Total | $63 924 | $63 924 | $63 924 | $63 924 | $47 425 | $47 425 | $47 425 | $47 425 | $37 651 | $37 651 | $37 651 | $37 651 | $18 707 | $18 707 | $18 707 | $18 707 | $18 707 | $163 980 | $163 980 | $163 980 | $163 980 |
| **Operating Collections** | | | | | | | | | | | | | | | | | | | | | |
| Existing Accounts Receivable Collections: BoA x1750 | $89 666 | $10 959 | $10 959 | $32 877 | $61 262 | $61 262 | $61 262 | $61 262 | $63 924 | $63 924 | $63 924 | $63 924 | $63 924 | $47 425 | $47 425 | $47 425 | $47 425 | $37 651 | $37 651 | $37 651 | $37 651 |
| Existing Accounts Receivable Collections: Newpoint Operating | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Trade Spend & Promotion Discount 13.2% | (11 831) | (1 446) | (1 446) | (4 338) | (8 083) | (8 083) | (8 083) | (8 083) | (8 435) | (8 435) | (8 435) | (8 435) | (8 435) | (6 258) | (6 258) | (6 258) | (6 258) | (4 968) | (4 968) | (4 968) | (4 968) |
| **Non-Operating Collections** | | | | | | | | | | | | | | | | | | | | | |
| Assets Sales | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Non-Operating Collections | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Accounts Receivable** | | | | | | | | | | | | | | | | | | | | | |
| Beginning Balance | $333 106 | $307 364 | $360 329 | $413 294 | $444 341 | $430 504 | $416 668 | $402 831 | $388 994 | $362 721 | $336 449 | $310 176 | $283 903 | $238 686 | $209 967 | $181 248 | $152 529 | $123 810 | $250 139 | $376 468 | $502 797 |
| Sales | 63 924 | 63 924 | 63 924 | 63 924 | 47 425 | 47 425 | 47 425 | 47 425 | 37 651 | 37 651 | 37 651 | 37 651 | 18 707 | 18 707 | 18 707 | 18 707 | 18 707 | 163 980 | 163 980 | 163 980 | 163 980 |
| AR and Sales Collections | 89 666 | 10 959 | 10 959 | 32 877 | 61 262 | 61 262 | 61 262 | 61 262 | 63 924 | 63 924 | 63 924 | 63 924 | 63 924 | 47 425 | 47 425 | 47 425 | 47 425 | 37 651 | 37 651 | 37 651 | 37 651 |
| Ending Balance | $307 364 | $360 329 | $413 294 | $444 341 | $430 504 | $416 668 | $402 831 | $388 994 | $362 721 | $336 449 | $310 176 | $283 903 | $238 686 | $209 967 | $181 248 | $152 529 | $123 810 | $250 139 | $376 468 | $502 797 | $629 127 |
| Days Sales Outstanding (DSO) | (37) | (36) | (39) | (42) | (48) | (54) | (58) | (60) | (61) | (61) | (61) | (60) | (62) | (65) | (68) | (73) | (62) | (23) | (17) | (17) | (19) |

**Peeled, Inc.**
Cash Flow Launcher ™
Purchases and Disbursements

2,225,171

**Assumptions**

(1) Cost of Goods Sold is based off of a percentage of sales, according to the following table:
(2) Professional Fees are based off of updated projections, according to the following table:
(3) Freight Expenses are based off of a percentage of sales and Warehousing Fees are based off of updated projections, according to the following table:
(4) Insurance Expenses are calculated based off of updated projections and disbursed based on the table below:
(5) Marketing and Advertising Expenses are based off of updated projections, according to the following table:
(6) Software and Equipment are based off of updated projections, according to the following table:
(7) In-Store Support and Spoilage Expenses are based off of historical data, according to the following table:
(8) Other Operating Disbursements are based off a percentage of sales, according to the following table:
(9) Payroll and Payroll Expenses are based off of updated projections, according to the following table:
(10) Occupancy and Utility Costs are forecasted based on historical data, according to the following table:
(11) Term Debt, Fees, Interest, etc. are forecasted based off of updated projections, according to the following table:
(12) Other Non-Operating Disbursements are forecasted based off of updated projections, according to the following table:
(13) AP Aging as of 1/3/20 $2,700,101.80

**Data Entry**

| | Week -2 12/21 12/27 Actual | Week -1 12/28 1/3 Actual | Week 1 1/4 1/10 Actual | Week 2 1/11 1/17 Actual | Week 3 1/18 1/24 Actual | Week 4 1/25 1/31 Actual | Week 5 2/1 2/7 Actual | Week 6 2/8 2/14 Actual | Week 7 2/15 2/21 Actual | Week 8 2/22 2/28 Actual | Week 9 3/1 3/7 Projected | Week 10 3/8 3/14 Projected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | first week in BK | | | UPDATED THROUGH 2/23 | | |
| Cost of Goods Sold | $ - | $ - | $ - | $500 | $ - | $3,229 | $500 | $ - | $3,229 | $10,000 | $23,583 | $4,509 |
| Professional Fees | 985 | - | - | - | - | 2,055 | - | - | 2,055 | - | - | - |
| Freight Expense and Warehousing Fees | 5,000 | - | - | - | - | - | - | - | - | - | 3,127 | 2,346 |
| Insurance Expenses | 4,513 | - | - | - | - | 4,513 | - | - | 4,513 | - | - | - |
| Marketing and Advertising Expenses | - | - | - | - | - | - | - | - | - | - | 481 | 481 |
| Software and Equipment | 417 | - | - | - | 10,000 | 4,213 | - | 10,000 | 4,213 | 5,000 | - | - |
| In-Store Support and Spoilage | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Operating Disbursements | - | 5,562 | - | - | - | - | - | - | - | 530 | 5,978 | 312 |
| **Total** | $10,914 | $5,562 | $ - | $500 | $10,000 | $14,009 | $500 | $10,000 | $14,009 | $15,530 | $33,169 | $7,648 |
| **Operating Disbursements** | | | | | | | | | | | | |
| Cost of Goods Sold | $ - | $ - | $ - | $ - | $ - | $ - | $500 | $ - | $3,229 | $10,000 | $23,583 | $4,509 |
| Professional Fees | 10,000 | - | 10,000 | 985 | - | - | - | - | 2,055 | - | - | - |
| Freight Expense and Warehousing Fees | - | - | 5,610 | 5,000 | - | - | - | - | - | - | 3,127 | 2,346 |
| Insurance Expenses | - | - | - | 4,513 | - | - | - | - | 4,513 | - | - | - |
| Marketing and Advertising Expenses | - | - | - | - | - | - | - | - | - | - | 481 | 481 |
| Software and Equipment | - | - | - | 417 | - | - | - | 10,000 | 4,213 | 5,000 | - | - |
| In-Store Support and Spoilage | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Operating Disbursements | 611 | - | - | - | 5,562 | - | - | - | - | 530 | 5,978 | 312 |
| Payroll and Payroll Expenses | 158 | - | 2,116 | - | - | - | - | 286,288 | 490 | 5,527 | - | - |
| Occupancy and Utility Costs | - | - | - | - | - | 14,500 | - | - | - | - | - | - |
| **Non-Operating Disbursements** | | | | | | | | | | | | |
| Term Debt, Fees, Interest, etc. | $ - | $ - | $ - | $ - | $125 | $ - | $ - | $ - | $133,000 | $ - | $13,250 | $ - |
| Accruals | - | - | - | - | - | - | - | - | - | - | - | - |
| Capital Expenditures | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Non-Operating Disbursements | - | - | 15,000 | - | - | - | - | - | - | - | 192 | 192 |
| **Accounts Payable** | | | | | | | | | | | | |
| Beginning Balance | $2,700,102 | $2,700,406 | $2,705,967 | $2,690,357 | $2,679,943 | $2,684,381 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 |
| Purchases | 10,914 | 5,562 | - | 500 | 10,000 | 14,009 | 500 | 10,000 | 14,009 | 15,530 | 33,169 | 7,648 |
| Operating Disbursements | 10,611 | - | 15,610 | 10,914 | 5,562 | - | 500 | 10,000 | 14,009 | 15,530 | 33,169 | 7,648 |
| Ending Balance | $2,700,406 | $2,705,967 | $2,690,357 | $2,679,943 | $2,684,381 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 |
| Days Expenses Outstanding (DEO) | | | 1,303 | 1,295 | 1,143 | 1,815 | 2,735 | 182 | 128 | 122 | 263 | 750 |

| | Week 11 3/15 3/21 Projected | Week 12 3/22 3/28 Projected | Week 13 3/29 4/4 Projected | Week 14 4/5 4/11 Projected | Week 15 4/12 4/18 Projected | Week 16 4/19 4/25 Projected | Week 17 4/26 5/2 Projected | Week 18 5/3 5/9 Projected | Week 19 5/10 5/16 Projected | Week 20 5/17 5/23 Projected | Week 21 5/24 5/30 Projected | Week 22 5/31 6/6 Projected | Week 23 6/7 6/13 Projected | Week 24 6/14 6/20 Projected | Week 25 6/21 6/27 Projected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | | | | | | | | | |
| Cost of Goods Sold | $55,501 | $54,696 | $423 | $423 | $1,960 | $62,612 | $61,654 | $7,959 | $2,066 | $423 | $423 | $423 | $23,009 | $80,872 | $76,949 |
| Professional Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Freight Expense and Warehousing Fees | 4,434 | 4,401 | 2,179 | 2,179 | 2,242 | 4,725 | 4,686 | 2,487 | 2,246 | 2,179 | 2,179 | 2,179 | 3,104 | 5,473 | 5,312 |
| Insurance Expenses | - | 1,042 | - | - | - | 1,042 | - | - | - | - | 1,042 | - | - | - | 1,042 |
| Marketing and Advertising Expenses | 897 | 481 | 481 | 481 | 897 | 481 | 481 | 481 | 897 | 481 | 481 | 481 | 481 | 897 | 481 |
| Software and Equipment | - | 2,000 | - | - | - | 2,000 | - | - | - | 2,000 | - | - | - | - | 2,000 |
| In-Store Support and Spoilage | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Operating Disbursements | 4,199 | 4,138 | - | - | 117 | 4,741 | 4,793 | 700 | 250 | 125 | 125 | 125 | 1,847 | 6,258 | 5,959 |
| **Total** | $65,031 | $66,757 | $3,083 | $3,083 | $5,217 | $75,601 | $71,614 | $11,627 | $5,459 | $5,208 | $4,249 | $3,208 | $28,441 | $93,499 | $91,743 |
| **Operating Disbursements** | | | | | | | | | | | | | | | |
| Cost of Goods Sold | $55,501 | $54,696 | $423 | $423 | $1,960 | $62,612 | $61,654 | $7,959 | $2,066 | $423 | $423 | $423 | $23,009 | $80,872 | $76,949 |
| Professional Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Freight Expense and Warehousing Fees | 4,434 | 4,401 | 2,179 | 2,179 | 2,242 | 4,725 | 4,686 | 2,487 | 2,246 | 2,179 | 2,179 | 2,179 | 3,104 | 5,473 | 5,312 |
| Insurance Expenses | - | 1,042 | - | - | - | 1,042 | - | - | - | - | 1,042 | - | - | - | 1,042 |
| Marketing and Advertising Expenses | 897 | 481 | 481 | 481 | 897 | 481 | 481 | 481 | 897 | 481 | 481 | 481 | 481 | 897 | 481 |
| Software and Equipment | - | 2,000 | - | - | - | 2,000 | - | - | - | 2,000 | - | - | - | - | 2,000 |
| In-Store Support and Spoilage | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Operating Disbursements | 4,199 | 4,138 | - | - | 117 | 4,741 | 4,793 | 700 | 250 | 125 | 125 | 125 | 1,847 | 6,258 | 5,959 |
| Payroll and Payroll Expenses | 11,000 | - | 10,000 | - | 10,000 | 1,000 | 10,000 | - | 10,000 | 1,000 | - | 10,000 | - | 10,000 | 1,000 |
| Occupancy and Utility Costs | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | | |
| Term Debt, Fees, Interest, etc. | $ - | $ - | $13,250 | $ - | $ - | $ - | $13,250 | $ - | $ - | $ - | $ - | $13,250 | $ - | $ - | $ - |
| Accruals | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Capital Expenditures | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Non-Operating Disbursements | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 |
| **Accounts Payable** | | | | | | | | | | | | | | | |
| Beginning Balance | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 |
| Purchases | 65,031 | 66,757 | 3,083 | 3,083 | 5,217 | 75,601 | 71,614 | 11,627 | 5,459 | 5,208 | 4,249 | 3,208 | 28,441 | 93,499 | 91,743 |
| Operating Disbursements | 65,031 | 66,757 | 3,083 | 3,083 | 5,217 | 75,601 | 71,614 | 11,627 | 5,459 | 5,208 | 4,249 | 3,208 | 28,441 | 93,499 | 91,743 |
| Ending Balance | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 |
| Days Expenses Outstanding (DEO) | 434 | 375 | 334 | 586 | 1,253 | 594 | 303 | 309 | 462 | 1,673 | 2,139 | 1,511 | 949 | 356 | 252 |

| | Week 26 6/28 7/4 Projected | Week 27 7/5 7/11 Projected | Week 28 7/12 7/18 Projected | Week 29 7/19 7/25 Projected | Week 30 7/26 8/1 Projected | Week 31 8/2 8/8 Projected | Week 32 8/9 8/15 Projected | Week 33 8/16 8/22 Projected | Week 34 8/23 8/29 Projected | Week 35 8/30 9/5 Projected | Week 36 9/6 9/12 Projected | Week 37 9/13 9/19 Projected | Week 38 9/20 9/26 Projected | Week 39 9/27 10/3 Projected | Week 40 10/4 10/10 Projected | Week 41 10/11 10/17 Projected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | | | | | | | | | | |
| Cost of Goods Sold | $23,009 | $49,914 | $6,472 | $6,472 | $18,569 | $34,237 | $34,237 | $34,237 | $34,237 | $35,706 | $35,706 | $35,706 | $35,706 | $35,706 | $26,599 | $26,599 |
| Professional Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Freight Expense and Warehousing Fees | 3,104 | 4,205 | 2,426 | 2,426 | 2,922 | 3,563 | 3,563 | 3,563 | 3,563 | 3,623 | 3,623 | 3,623 | 3,623 | 3,623 | 3,251 | 3,251 |
| Insurance Expenses | - | - | - | 1,042 | - | - | - | - | 1,042 | - | - | - | 1,042 | - | - | - |
| Marketing and Advertising Expenses | 481 | 481 | 897 | 481 | 481 | 481 | 897 | 481 | 481 | 481 | 481 | 897 | 481 | 481 | 481 | 897 |
| Software and Equipment | - | - | - | 2,000 | - | - | - | - | 2,000 | - | - | - | 2,000 | - | - | - |
| In-Store Support and Spoilage | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Operating Disbursements | 1,847 | 3,898 | 586 | 586 | 1,508 | 2,703 | 2,703 | 2,703 | 2,703 | 2,815 | 2,815 | 2,815 | 2,815 | 2,815 | 2,121 | 2,121 |
| **Total** | $28,441 | $58,498 | $10,382 | $13,007 | $23,480 | $40,983 | $41,400 | $40,983 | $44,025 | $42,625 | $42,625 | $43,041 | $45,666 | $42,625 | $32,451 | $32,868 |
| **Operating Disbursements** | | | | | | | | | | | | | | | | |
| Cost of Goods Sold | $23,009 | $49,914 | $6,472 | $6,472 | $18,569 | $34,237 | $34,237 | $34,237 | $34,237 | $35,706 | $35,706 | $35,706 | $35,706 | $35,706 | $26,599 | $26,599 |
| Professional Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Freight Expense and Warehousing Fees | 3,104 | 4,205 | 2,426 | 2,426 | 2,922 | 3,563 | 3,563 | 3,563 | 3,563 | 3,623 | 3,623 | 3,623 | 3,623 | 3,623 | 3,251 | 3,251 |
| Insurance Expenses | - | - | - | 1,042 | - | - | - | - | 1,042 | - | - | - | 1,042 | - | - | - |
| Marketing and Advertising Expenses | 481 | 481 | 897 | 481 | 481 | 481 | 897 | 481 | 481 | 481 | 481 | 897 | 481 | 481 | 481 | 897 |
| Software and Equipment | - | - | - | 2,000 | - | - | - | - | 2,000 | - | - | - | 2,000 | - | - | - |
| In-Store Support and Spoilage | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Operating Disbursements | 1,847 | 3,898 | 586 | 586 | 1,508 | 2,703 | 2,703 | 2,703 | 2,703 | 2,815 | 2,815 | 2,815 | 2,815 | 2,815 | 2,121 | 2,121 |
| Payroll and Payroll Expenses | 10,000 | - | 10,000 | - | 10,000 | - | 10,000 | - | - | 10,000 | - | 10,000 | - | 10,000 | - | 10,000 |
| Occupancy and Utility Costs | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | | | |
| Term Debt, Fees, Interest, etc. | $13,250 | $ - | $ - | $ - | $13,250 | $ - | $ - | $ - | $ - | $13,250 | $ - | $ - | $ - | $13,250 | $ - | $ - |
| Accruals | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Capital Expenditures | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Non-Operating Disbursements | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 |
| **Accounts Payable** | | | | | | | | | | | | | | | | |
| Beginning Balance | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 |
| Purchases | 28,441 | 58,498 | 10,382 | 13,007 | 23,480 | 40,983 | 41,400 | 40,983 | 44,025 | 42,625 | 42,625 | 43,041 | 45,666 | 42,625 | 32,451 | 32,868 |
| Operating Disbursements | 28,441 | 58,498 | 10,382 | 13,007 | 23,480 | 40,983 | 41,400 | 40,983 | 44,025 | 42,625 | 42,625 | 43,041 | 45,666 | 42,625 | 32,451 | 32,868 |
| Ending Balance | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 |
| Days Expenses Outstanding (DEO) | 228 | 278 | 432 | 613 | 702 | 559 | 406 | 423 | 414 | 374 | 370 | 350 | 399 | 343 | 392 | 400 |

| | Week 42 10/18 10/24 Projected | Week 43 10/25 10/31 Projected | Week 44 11/1 11/7 Projected | Week 45 11/8 11/14 Projected | Week 46 11/15 11/21 Projected | Week 47 11/22 11/28 Projected | Week 48 11/29 12/5 Projected | Week 49 12/6 12/12 Projected | Week 50 12/13 12/19 Projected | Week 51 12/20 12/26 Projected | Week 52 12/27 1/2 Projected | Week 53 1/3 1/9 Projected | Week 54 1/10 1/16 Projected | Week 55 1/17 1/23 Projected | Week 56 1/24 1/30 Projected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | | | | | | | | | |
| Cost of Goods Sold | $26,599 | $26,599 | $21,204 | $21,204 | $21,204 | $21,204 | $10,748 | $10,748 | $10,748 | $10,748 | $10,748 | $90,932 | $90,932 | $90,932 | $90,932 |
| Professional Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Freight Expense and Warehousing Fees | 3,251 | 3,251 | 3,030 | 3,030 | 3,030 | 3,030 | 2,602 | 2,602 | 2,602 | 2,602 | 2,602 | 5,884 | 5,884 | 5,884 | 5,884 |
| Insurance Expenses | - | 1,042 | - | - | - | 1,042 | - | - | - | 1,042 | - | - | - | - | 1,042 |
| Marketing and Advertising Expenses | 481 | 481 | 481 | 481 | 897 | 481 | 481 | 481 | 897 | 481 | 481 | 481 | 897 | 481 | 481 |
| Software and Equipment | 2,000 | - | - | - | - | 2,000 | - | - | - | 2,000 | - | - | - | - | 2,000 |
| In-Store Support and Spoilage | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Operating Disbursements | 2,121 | 2,121 | 1,709 | 1,709 | 1,709 | 1,709 | 912 | 912 | 912 | 912 | 912 | 7,025 | 7,025 | 7,025 | 7,025 |
| **Total** | $34,451 | $33,493 | $26,424 | $26,424 | $26,841 | $29,466 | $14,743 | $14,743 | $15,159 | $17,784 | $14,743 | $104,322 | $104,738 | $104,322 | $107,363 |
| **Operating Disbursements** | | | | | | | | | | | | | | | |
| Cost of Goods Sold | $26,599 | $26,599 | $21,204 | $21,204 | $21,204 | $21,204 | $10,748 | $10,748 | $10,748 | $10,748 | $10,748 | $90,932 | $90,932 | $90,932 | $90,932 |
| Professional Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Freight Expense and Warehousing Fees | 3,251 | 3,251 | 3,030 | 3,030 | 3,030 | 3,030 | 2,602 | 2,602 | 2,602 | 2,602 | 2,602 | 5,884 | 5,884 | 5,884 | 5,884 |
| Insurance Expenses | - | 1,042 | - | - | - | 1,042 | - | - | - | 1,042 | - | - | - | - | 1,042 |
| Marketing and Advertising Expenses | 481 | 481 | 481 | 481 | 897 | 481 | 481 | 481 | 897 | 481 | 481 | 481 | 897 | 481 | 481 |
| Software and Equipment | 2,000 | - | - | - | - | 2,000 | - | - | - | 2,000 | - | - | - | - | 2,000 |
| In-Store Support and Spoilage | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Operating Disbursements | 2,121 | 2,121 | 1,709 | 1,709 | 1,709 | 1,709 | 912 | 912 | 912 | 912 | 912 | 7,025 | 7,025 | 7,025 | 7,025 |
| Payroll and Payroll Expenses | - | 10,000 | - | - | 10,000 | - | 10,000 | - | 10,000 | - | 10,000 | - | 10,000 | - | 10,000 |
| Occupancy and Utility Costs | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | | |
| Term Debt, Fees, Interest, etc. | $ - | $ - | $13,250 | $ - | $ - | $ - | $13,250 | $ - | $ - | $ - | $13,250 | $ - | $ - | $ - | $ - |
| Accruals | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Capital Expenditures | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Non-Operating Disbursements | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 |
| **Accounts Payable** | | | | | | | | | | | | | | | |
| Beginning Balance | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 |
| Purchases | 34,451 | 33,493 | 26,424 | 26,424 | 26,841 | 29,466 | 14,743 | 14,743 | 15,159 | 17,784 | 14,743 | 104,322 | 104,738 | 104,322 | 107,363 |
| Operating Disbursements | 34,451 | 33,493 | 26,424 | 26,424 | 26,841 | 29,466 | 14,743 | 14,743 | 15,159 | 17,784 | 14,743 | 104,322 | 104,738 | 104,322 | 107,363 |
| Ending Balance | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 | $2,698,390 |
| Days Expenses Outstanding (DEO) | 514 | 467 | 479 | 514 | 547 | 607 | 540 | 685 | 722 | 973 | 695 | 353 | 220 | 175 | 168 |

Form **8879-C**

Department of the Treasury
Internal Revenue Service

## IRS e-file Signature Authorization for Form 1120

For calendar year 2019, or tax year beginning _____ , 2019, ending _____ , 20 _____

▶ **Do not send to the IRS. Keep for your records.**

▶ **Go to www.irs.gov/Form8879C for the latest information.**

OMB No. 1545-0123

**2019**

| Name of corporation | Employer identification number |
|---|---|
| PEELED, INC. | 20-1575047 |

**Part I**    **Tax Return Information** (Whole dollars only)

| | | |
|---|---|---|
| 1 | Total income (Form 1120, line 11) | **1** | 2,042,831. |
| 2 | Taxable income (Form 1120, line 30) | **2** | -3,014,586. |
| 3 | Total tax (Form 1120, line 31) | **3** | |
| 4 | Amount owed (Form 1120, line 35) | **4** | |
| 5 | Overpayment (Form 1120, line 36) | **5** | |

**Part II**    **Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return.**

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2019 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X]   I authorize **ANCHIN, BLOCK & ANCHIN LLP** to enter my PIN [ ]   do not enter all zeros

                   ERO firm name

as my signature on the corporation's 2019 electronically filed income tax return.

[ ]   As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2019 electronically filed income tax return.

Officer's signature ▶ _____ Date ▶ _____ Title ▶ **PRESIDENT**

**Part III**    **Certification and Authentication**

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. [ ]

                                                           do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2019 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112,** IRS *e-file* Application and Participation, and **Pub. 4163,** Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ▶ _____ Date ▶ 10/08/20

### ERO Must Retain This Form - See Instructions
### Do Not Submit This Form to the IRS Unless Requested To Do So

**For Paperwork Reduction Act Notice, see instructions.**

Form **8879-C** (2019)

LHA

910211 10-31-19

# Form 1120

## U.S. Corporation Income Tax Return

Department of the Treasury
Internal Revenue Service

For calendar year 2019 or tax year beginning _____ , ending _____

OMB No. 1545-0123

**2019**

▶ Go to www.irs.gov/Form1120 for instructions and the latest information.

**A** Check if:
1a Consolidated return (attach Form 851) ☐
1b Life/nonlife consolidated return ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 attached ☐

TYPE OR PRINT

Name
**PEELED, INC.**

Number, street, and room or suite no. If a P.O. box, see instructions.
**30 MARTIN STREET SUITE 3B**

City or town, state or province, country, and ZIP or foreign postal code
**CUMBERLAND, RI   02864**

**B** Employer identification number
**20-1575047**

**C** Date incorporated
**08/27/2004**

**D** Total assets (see instructions)
$ **4,331,153.**

**E** Check if: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change

### Income

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a | 14,699,744. |
| b | Returns and allowances | 1b | 3,555,670. |
| c | Balance. Subtract line 1b from line 1a | 1c | 11,144,074. |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 9,098,522. |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 2,045,552. |
| 4 | Dividends and inclusions (Schedule C, line 23) | 4 | |
| 5 | Interest | 5 | |
| 6 | Gross rents | 6 | |
| 7 | Gross royalties | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | -4,027. |
| 10 | Other income (attach statement)    SEE STATEMENT 1 | 10 | 1,306. |
| 11 | **Total income.** Add lines 3 through 10 ▶ | 11 | 2,042,831. |

### Deductions (See instructions for limitations on deductions.)

| | | | |
|---|---|---|---|
| 12 | Compensation of officers (attach Form 1125-E) | 12 | 483,279. |
| 13 | Salaries and wages (less employment credits) | 13 | 1,283,822. |
| 14 | Repairs and maintenance | 14 | |
| 15 | Bad debts | 15 | 34,954. |
| 16 | Rents | 16 | 62,752. |
| 17 | Taxes and licenses    SEE STATEMENT 2 | 17 | 181,514. |
| 18 | Interest (see instructions) | 18 | 119,096. |
| 19 | Charitable contributions  SEE STATEMENT 3  AND  SEE STATEMENT 4 | 19 | 0. |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | 91,651. |
| 21 | Depletion | 21 | |
| 22 | Advertising | 22 | 456,005. |
| 23 | Pension, profit-sharing, etc., plans | 23 | 28,778. |
| 24 | Employee benefit programs | 24 | 120,428. |
| 25 | Reserved for future use | 25 | |
| 26 | Other deductions (attach statement)    SEE STATEMENT 5 | 26 | 2,195,138. |
| 27 | **Total deductions.** Add lines 12 through 26 ▶ | 27 | 5,057,417. |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | -3,014,586. |
| 29a | Net operating loss deduction (see instructions)    STATEMENT 6 | 29a | 0. |
| b | Special deductions (Schedule C, line 24) | 29b | |
| c | Add lines 29a and 29b | 29c | |

### Tax, Refundable Credits, and Payments

| | | | |
|---|---|---|---|
| 30 | **Taxable income.** Subtract line 29c from line 28. See instructions | 30 | -3,014,586. |
| 31 | Total tax (Schedule J, Part I, line 11) | 31 | 0. |
| 32 | 2019 net 965 tax liability paid (Schedule J, Part II, line 12) | 32 | |
| 33 | Total payments, credits, and section 965 net tax liability (Schedule J, Part III, line 23) | 33 | |
| 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached ▶ ☐ | 34 | |
| 35 | **Amount owed.** If line 33 is smaller than the total of lines 31, 32, and 34, enter amount owed | 35 | 0. |
| 36 | **Overpayment.** If line 33 is larger than the total of lines 31, 32, and 34, enter amount overpaid | 36 | |
| 37 | Enter amount from line 36 you want: Credited to 2020 estimated tax ▶ _____ Refunded ▶ | 37 | |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Signature of officer | Date | ▶ **PRESIDENT** Title | May the IRS discuss this return with the preparer shown below? ☒ Yes ☐ No |
|---|---|---|---|

### Paid Preparer Use Only

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| JOHN INGRASSIA | JOHN INGRASSIA | 10/08/20 | | |

Firm's name ▶ ANCHIN, BLOCK & ANCHIN LLP          Firm's EIN ▶ 13-0436940

Firm's address ▶ 1375 BROADWAY
NEW YORK, NY 10018-7001          Phone no. 212-840-3456

911601 12-30-19   **LHA   For Paperwork Reduction Act Notice, see separate instructions.**          Form **1120** (2019)

1

Form 1120 (2019)    PEELED, INC.    20-1575047    Page **2**

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8 | | see instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) | | | |
| 15 | Section 965(a) inclusion | | see instructions | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) | | | |
| c | Other inclusions from CFCs under subpart F not included on line 15, 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) | | | |
| 17 | Global intangible Low-Taxed income (GILTI) (attach Form(s) 5471 and Form 8992) | | | |
| 18 | Gross-up for foreign taxes deemed paid | | | |
| 19 | IC -DISC and former DISC dividends not included on line 1, 2, or 3 | | | |
| 20 | Other dividends | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 22 | Section 250 deduction (attach Form 8993) | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b | | | |

Form **1120** (2019)

911611
12-30-19

11241008 757753 J49902                    2019.04030 PEELED, INC.                    J49902_1

Form 1120 (2019) PEELED, INC.                                               20-1575047   Page **3**

| | **Schedule J** | **Tax Computation and Payment** (see instructions) | | | |
|---|---|---|---|---|---|

**Part I - Tax Computation**

| | | | | |
|---|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) ▶ ☐ | | | |
| 2 | Income tax. See instructions | **2** | 0. |
| 3 | Base erosion minimum tax amount (attach Form 8991) | **3** | |
| 4 | Add lines 2 and 3 | **4** | 0. |
| 5a | Foreign tax credit (attach Form 1118) | **5a** | | |
| b | Credit from Form 8834 (see instructions) | **5b** | | |
| c | General business credit (attach Form 3800) | **5c** | | |
| d | Credit for prior year minimum tax (attach Form 8827) | **5d** | | |
| e | Bond credits from Form 8912 | **5e** | | |
| 6 | **Total credits.** Add lines 5a through 5e | | **6** | |
| 7 | Subtract line 6 from line 4 | | **7** | 0. |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | | **8** | |
| 9a | Recapture of investment credit (attach Form 4255) | **9a** | | |
| b | Recapture of low-income housing credit (attach Form 8611) | **9b** | | |
| c | Interest due under the look-back method-completed long-term contracts (attach Form 8697) | **9c** | | |
| d | Interest due under the look-back method-income forecast method (attach Form 8866) | **9d** | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | **9e** | | |
| f | Other (see instructions - attach statement) | **9f** | | |
| 10 | **Total.** Add lines 9a through 9f | | **10** | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | | **11** | 0. |

**Part II - Section 965 Payments** (see instructions)

| | | | |
|---|---|---|---|
| 12 | 2019 net 965 tax liability paid from Form 965-B, Part II, column (k), line 3. Enter here and on page 1, line 32 | **12** | |

**Part III - Payments, Refundable Credits, and Section 965 Net Tax Liability**

| | | | |
|---|---|---|---|
| 13 | 2018 overpayment credited to 2019 | **13** | |
| 14 | 2019 estimated tax payments | **14** | |
| 15 | 2019 refund applied for on Form 4466 | **15** | ( ) |
| 16 | Combine lines 13, 14, and 15 | **16** | |
| 17 | Tax deposited with Form 7004 | **17** | |
| 18 | Withholding (see instructions) | **18** | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | **19** | |
| 20 | Refundable credits from: | | |
| a | Form 2439 | **20a** | |
| b | Form 4136 | **20b** | |
| c | Form 8827, line 5c | **20c** | |
| d | Other (attach statement - see instructions) | **20d** | |
| 21 | **Total credits.** Add lines 20a through 20d | **21** | |
| 22 | 2019 net 965 tax liability from Form 965-B, Part I, column (d), line 3. See instructions | **22** | |
| 23 | **Total payments, credits, and section 965 net tax liability.** Add lines 19, 21, and 22. Enter here and on page 1, line 33 | **23** | |

Form **1120** (2019)

911621
12-30-19

Form 1120 (2019)   PEELED, INC.                                         20-1575047   Page **4**

| **Schedule K** | **Other Information** (see instructions) | | | Yes | No |
|---|---|---|---|---|---|

**1** Check accounting method:  **a** ☐ Cash  **b** ☒ Accrual  **c** ☐ Other (specify) ▶ _____

**2** See the instructions and enter the:

**a** Business activity code no. ▶ 424400

**b** Business activity  ▶ WHOLESALE

**c** Product or service  ▶ FRUIT SNACKS

**3** Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? ............................... | | | | | X

If "Yes," enter name and EIN of the parent corporation  ▶ _____

**4** At the end of the tax year:

**a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) | | | | | X

**b** Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) ............ | | | | | X

**5** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851,** Affiliations Schedule? For rules of constructive ownership, see instructions ............ | | | | | X

If "Yes," complete (i) through (iv) below.

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions ............ | | | X

If "Yes," complete (i) through (iv) below.

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 .................................. | | | | | X

If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions. See the instructions for Form 5452.

If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? .................................. | | | | | X

For rules of attribution, see section 318. If "Yes," enter:

**(a)** Percentage owned ▶ _____  and **(b)** Owner's country ▶ _____

**(c)** The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ _____

**8** Check this box if the corporation issued publicly offered debt instruments with original issue discount .................. ▶ ☐

If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during the tax year  ▶ $ _____

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ _____

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here .................. ▶ ☒

If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) ▶ $ 16,983,901.

Form **1120** (2019)

Form 1120 (2019)    PEELED, INC.                                                                    20-1575047    Page **5**

| Schedule K | Other Information *(continued from page 4)* | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year ▶ $ | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions | | X |
| | If "Yes," complete and attach Schedule UTP. | | |
| 15a | Did the corporation make any payments in 2019 that would require it to file Form(s) 1099? | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | X | |
| 16 | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? | | X |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? | | X |
| 18 | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? | | X |
| 19 | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? | | X |
| 20 | Is the corporation operating on a cooperative basis? | | X |
| 21 | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions ▶ $ | | |
| 22 | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)) | | X |
| | If "Yes," complete and attach Form 8991. | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 24 | Does the corporation satisfy one or more of the following? See instructions | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," to any, complete and attach Form 8990. | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter amount from Form 8996, line 14 .............. ▶ $ | | |

Form **1120** (2019)

911633
12-30-19

11241008 757753 J49902                      2019.04030 PEELED, INC.                              J49902_1

Form 1120 (2019) PEELED, INC.        20-1575047   Page **6**

## Schedule L — Balance Sheets per Books

| Assets | (a) | (b) | (c) | (d) |
|---|---|---|---|---|
| | | Beginning of tax year | | End of tax year |
| 1 Cash | | 24,685. | | 5,216. |
| 2a Trade notes and accounts receivable | 1,251,353. | | 1,973,710. | |
| b Less allowance for bad debts | ( 10,018.) | 1,241,335. | ( 15,000.) | 1,958,710. |
| 3 Inventories | | 1,969,432. | | 2,127,568. |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (att. stmt.) **STMT 7** | | 349,760. | | 167,947. |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (att. stmt.) | | | | |
| 10a Buildings and other depreciable assets | 69,696. | | 127,292. | |
| b Less accumulated depreciation | ( 40,995.) | 28,701. | ( 62,288.) | 65,004. |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | | ( ) | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | ( ) | | ( ) | |
| 14 Other assets (att. stmt.) **STMT 8** | | 5,772. | | 6,708. |
| 15 Total assets | | 3,619,685. | | 4,331,153. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | 1,697,731. | | 4,176,805. |
| 17 Mortgages, notes, bonds payable in less than 1 year | | 1,408,087. | | 1,553,687. |
| 18 Other current liabilities (att. stmt.) **STMT 9** | | 170,857. | | 374,670. |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 Other liabilities (att. stmt.) | | | | |
| 22 Capital stock: a Preferred stock | 4,159. | | 4,385. | |
| b Common stock | | 4,159. | | 4,385. |
| 23 Additional paid-in capital | | 20,830,676. | | 21,846,536. |
| 24 Retained earnings - Appropriated (attach statement) | | | | |
| 25 Retained earnings - Unappropriated | | -20,491,825. | | -23,624,930. |
| 26 Adjustments to shareholders' equity (attach statement) | | | | |
| 27 Less cost of treasury stock | | ( ) | | ( ) |
| 28 Total liabilities and shareholders' equity | | 3,619,685. | | 4,331,153. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Net income (loss) per books | -3,133,105. | | 7 Income recorded on books this year not included on this return (itemize): | | | |
| 2 Federal income tax per books | | | Tax-exempt interest $ | | | |
| 3 Excess of capital losses over capital gains | | | | | | |
| 4 Income subject to tax not recorded on books this year (itemize): | | | | | | |
| | | | 8 Deductions on this return not charged against book income this year (itemize): | | | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | | a Depreciation $ | 47,621. | | |
| a Depreciation $ | | | b Charitable contributions $ | | | |
| b Charitable contributions $ 25,879. | | | | | | 47,621. |
| c Travel and entertainment $ 15,019. | | | | | | |
| **STMT 10** 125,242. | 166,140. | | 9 Add lines 7 and 8 | | | 47,621. |
| 6 Add lines 1 through 5 | -2,966,965. | | 10 Income (page 1, line 28) - line 6 less line 9 | | | -3,014,586. |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | | |
|---|---|---|---|---|---|
| 1 Balance at beginning of year | -20,491,825. | | 5 Distributions: a Cash | | |
| 2 Net income (loss) per books | -3,133,105. | | b Stock | | |
| 3 Other increases (itemize): | | | c Property | | |
| | | | 6 Other decreases (itemize): | | |
| | | | 7 Add lines 5 and 6 | | |
| 4 Add lines 1, 2, and 3 | -23,624,930. | | 8 Balance at end of year (line 4 less line 7) | | -23,624,930. |

911631
12-30-19

Form **1120** (2019)

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**
▶ **Go to www.irs.gov/Form1125A for the latest information.**

OMB No. 1545-0123

| Name | Employer Identification number |
|---|---|
| PEELED, INC. | 20-1575047 |

| | | |
|---|---|---:|
| 1 | Inventory at beginning of year | 1,969,432. |
| 2 | Purchases | 9,230,558. |
| 3 | Cost of labor | 26,100. |
| 4 | Additional section 263A costs (attach schedule) | |
| 5 | Other costs (attach schedule) | |
| 6 | **Total.** Add lines 1 through 5 | 11,226,090. |
| 7 | Inventory at end of year | 2,127,568. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 9,098,522. |

**9 a** Check all methods used for valuing closing inventory:

(i) ☐ Cost

(ii) ☒ Lower of cost or market

(iii) ☐ Other (Specify method used and attach explanation) ▶ _____

**b** Check if there was a writedown of subnormal goods ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO **9d**

**e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☒ No
If "Yes," attach explanation.

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-A** (Rev. 11-2018)

924441
04-01-19   LHA

7

Form **1125-E**
(Rev. October 2016)
Department of the Treasury
Internal Revenue Service

# Compensation of Officers

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.**
▶ **Information about Form 1125-E and its separate instructions is at www.irs.gov/form1125e.**

OMB No. 1545-0123

Name
PEELED, INC.

Employer Identification number
20-1575047

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 JON KALINA | ███████ | 100% | | | 296,999. |
| MARK GORTON | ███████ | 100% | | | 186,280. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| **2** Total compensation of officers ............................................................................................................... | **2** | 483,279. |
| **3** Compensation of officers claimed on Form 1125-A or elsewhere on return ............................................. | **3** | |
| **4** Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return ............................................................... | **4** | 483,279. |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-E** (Rev. 10-2016)

924451 04-01-19    LHA

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property)  OTHER | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Attach to your tax return. ▶ Go to www.irs.gov/Form4562 for instructions and the latest information. | **2019** Attachment Sequence No. **179** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| PEELED, INC. | OTHER DEPRECIATION | 20-1575047 |

**Part I** Election To Expense Certain Property Under Section 179 **Note:** If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 | Maximum amount (see instructions) | **1** |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** |
| 3 | Threshold cost of section 179 property before reduction in limitation | **3** |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2018 Form 4562 | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** | |
| 13 | Carryover of disallowed deduction to 2020. Add lines 9 and 10, less line 12 ▶ | **13** | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II** Special Depreciation Allowance and Other Depreciation (Don't include listed property.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | **14** | 80,968. |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

**Part III** MACRS Depreciation (Don't include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2019 ▶ | **17** | 10,683. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B - Assets Placed in Service During 2019 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2019 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | / | | 30 yrs. | MM | S/L | |
| d  40-year | / | | 40 yrs. | MM | S/L | |

**Part IV** Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | **22** | 91,651. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

916251 12-12-19   LHA **For Paperwork Reduction Act Notice, see separate instructions.** Form **4562** (2019)

Form 4562 (2019)    **PEELED, INC.**                              20-1575047    Page **2**

**Part V** | **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)
**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.)

24a Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No  24b If "Yes," is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | | 25 | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | 28 | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | 29 | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

**Part VI** | **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2019 tax year: | | | | | |
| | : : | | | | |
| 43 Amortization of costs that began before your 2019 tax year | | | | 43 | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report | | | | 44 | |

916252 12-12-19                                                                    Form **4562** (2019)

Form **4797**

Department of the Treasury
Internal Revenue Service

# Sales of Business Property

(Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2))

▶ **Attach to your tax return.**
▶ **Go to www.irs.gov/Form4797 for instructions and the latest information.**

OMB No. 1545-0184

**2019**

Attachment
Sequence No. **27**

Name(s) shown on return

PEELED, INC.

Identifying number

20-1575047

1 Enter the gross proceeds from sales or exchanges reported to you for 2019 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20. See instructions ......... | 1 | |

| **Part I** | **Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft - Most Property Held More Than 1 Year** (see instructions) |

| **(a)** Description of property | **(b)** Date acquired (mo., day, yr.) | **(c)** Date sold (mo., day, yr.) | **(d)** Gross sales price | **(e)** Depreciation allowed or allowable since acquisition | **(f)** Cost or other basis, plus improvements and expense of sale | **(g)** Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| 2 | | | | | | |
| | | | | | | |
| STATEMENT 11 | | | 22,738. | 26,765. | | -4,027. |

| | | |
|---|---|---|
| 3 Gain, if any, from Form 4684, line 39 | 3 | |
| 4 Section 1231 gain from installment sales from Form 6252, line 26 or 37 | 4 | |
| 5 Section 1231 gain or (loss) from like-kind exchanges from Form 8824 | 5 | |
| 6 Gain, if any, from line 32, from other than casualty or theft | 6 | |
| 7 Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows | 7 | -4,027. |

    **Partnerships and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120-S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

    **Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you didn't have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

| | | |
|---|---|---|
| 8 Nonrecaptured net section 1231 losses from prior years. See instructions    **SEE STATEMENT 12** | 8 | |
| 9 Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return. See instructions | 9 | |

| **Part II** | **Ordinary Gains and Losses** (see instructions) |

10 Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| 11 Loss, if any, from line 7 | 11 ( | 4,027.) |
| 12 Gain, if any, from line 7 or amount from line 8, if applicable | 12 | |
| 13 Gain, if any, from line 31 | 13 | |
| 14 Net gain or (loss) from Form 4684, lines 31 and 38a | 14 | |
| 15 Ordinary gain from installment sales from Form 6252, line 25 or 36 | 15 | |
| 16 Ordinary gain or (loss) from like-kind exchanges from Form 8824 | 16 | |
| 17 Combine lines 10 through 16 | 17 | -4,027. |

18 For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below.

    a If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the loss from income-producing property on Schedule A (Form 1040 or Form 1040-SR), line 16. (Do not include any loss on property used as an employee.) Identify as from "Form 4797, line 18a." See instructions | 18a | |

    b Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Schedule 1 (Form 1040 or Form 1040-SR), Part I, line 4 | 18b | |

**LHA** **For Paperwork Reduction Act Notice, see separate instructions.**

Form **4797** (2019)

918001
12-04-19

11241008 757753 J49902              2019.04030 PEELED, INC.              J49902_1

Form 4797 (2019)

Page **2**

| Part III | Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255 (see instructions) |
|---|---|

| 19 (a) Description of section 1245, 1250, 1252, 1254, or 1255 property: | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|
| **A** | | |
| **B** | | |
| **C** | | |
| **D** | | |

| These columns relate to the properties on lines 19A through 19D. ▶ | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|
| **20** | Gross sales price (**Note:** See line 1 before completing.) | **20** | | | | |
| **21** | Cost or other basis plus expense of sale | **21** | | | | |
| **22** | Depreciation (or depletion) allowed or allowable | **22** | | | | |
| **23** | Adjusted basis. Subtract line 22 from line 21 | **23** | | | | |
| **24** | Total gain. Subtract line 23 from line 20 | **24** | | | | |
| **25** | **If section 1245 property:** | | | | | |
| **a** | Depreciation allowed or allowable from line 22 | **25a** | | | | |
| **b** | Enter the **smaller** of line 24 or 25a | **25b** | | | | |
| **26** | **If section 1250 property:** If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| **a** | Additional depreciation after 1975 | **26a** | | | | |
| **b** | Applicable percentage multiplied by the **smaller** of line 24 or line 26a | **26b** | | | | |
| **c** | Subtract line 26a from line 24. If residential rental property **or** line 24 isn't more than line 26a, skip lines 26d and 26e | **26c** | | | | |
| **d** | Additional depreciation after 1969 and before 1976 | **26d** | | | | |
| **e** | Enter the **smaller** of line 26c or 26d | **26e** | | | | |
| **f** | Section 291 amount (corporations only) | **26f** | | | | |
| **g** | Add lines 26b, 26e, and 26f | **26g** | | | | |
| **27** | **If section 1252 property:** Skip this section if you didn't dispose of farmland or if this form is being completed for a partnership. | | | | | |
| **a** | Soil, water, and land clearing expenses | **27a** | | | | |
| **b** | Line 27a multiplied by applicable percentage | **27b** | | | | |
| **c** | Enter the **smaller** of line 24 or 27b | **27c** | | | | |
| **28** | **If section 1254 property:** | | | | | |
| **a** | Intangible drilling and development costs, expenditures for development of mines and other natural deposits, mining exploration costs, and depletion | **28a** | | | | |
| **b** | Enter the **smaller** of line 24 or 28a | **28b** | | | | |
| **29** | **If section 1255 property:** | | | | | |
| **a** | Applicable percentage of payments excluded from income under section 126 | **29a** | | | | |
| **b** | Enter the **smaller** of line 24 or 29a | **29b** | | | | |

**Summary of Part III Gains.** Complete property columns A through D through line 29b before going to line 30.

| | | | |
|---|---|---|---|
| **30** | Total gains for all properties. Add property columns A through D, line 24 | **30** | |
| **31** | Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 | **31** | |
| **32** | Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 | **32** | |

| Part IV | Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less (see instructions) |
|---|---|

| | | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|---|
| **33** | Section 179 expense deduction or depreciation allowable in prior years | **33** | | |
| **34** | Recomputed depreciation. See instructions | **34** | | |
| **35** | Recapture amount. Subtract line 34 from line 33. See the instructions for where to report | **35** | | |

Election to Waive the Net Operating Loss Carryback Period


PEELED, INC.
30 MARTIN STREET SUITE 3B
CUMBERLAND, RI  02864


Employer Identification Number:  20-1575047


For the Year Ending December 31, 2019


PEELED, INC. hereby elects, pursuant to Sec. 172(b)(3) of the
Internal Revenue Code under Rev. Proc. 2020-24, to relinquish the
entire carryback period with respect to the net operating loss
incurred for the tax year ended December 31, 2019, and will have
such loss available for carryforward only.

Section 1.263(a)-1(f) De Minimis Safe Harbor Election


PEELED, INC.
30 MARTIN STREET SUITE 3B
CUMBERLAND, RI  02864

Employer Identification Number:  20-1575047

For the Year Ending December 31, 2019

PEELED, INC. is making the de minimis safe harbor election under
Reg. Sec. 1.263(a)-1(f).

PEELED, INC.                                                                    20-1575047

| FORM 1120 | OTHER INCOME | STATEMENT 1 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| MISC INCOME | 1,306. |
| TOTAL TO FORM 1120, LINE 10 | 1,306. |

| FORM 1120 | TAXES AND LICENSES | STATEMENT 2 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| PAYROLL TAXES | 159,555. |
| STATE FILING FEES | 13,230. |
| CALIFORNIA TAXES - BASED ON INCOME | 800. |
| MASSACHUSETTS TAXES - BASED ON INCOME | 505. |
| NEW YORK TAXES - BASED ON INCOME | 1,292. |
| NEW YORK CITY TAXES - BASED ON INCOME | 1,931. |
| RHODE ISLAND TAXES - BASED ON INCOME | 425. |
| TEXAS TAXES - BASED ON INCOME | 1,260. |
| WASHINGTON TAXES - OTHER | 2,516. |
| TOTAL TO FORM 1120, LINE 17 | 181,514. |

| CURRENT YEAR CONTRIBUTIONS | STATEMENT 3 |
|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| CONTRIBUTIONS | 25,879. |
| TOTAL CURRENT YEAR CONTRIBUTIONS | 25,879. |

PEELED, INC.                                                              20-1575047

===============================================================================

                              CONTRIBUTIONS                        STATEMENT 4
-------------------------------------------------------------------------------

```
CURRENT YEAR CONTRIBUTIONS:
QUALIFIED CONTRIBUTIONS SUBJECT TO 100% LIMIT
QUALIFIED CONTRIBUTIONS SUBJECT TO 25% LIMIT
FOOD INVENTORY CONTRIBUTIONS SUBJECT TO 25% LIMIT
FOOD INVENTORY CONTRIBUTIONS SUBJECT TO 15% LIMIT
QUALIFIED CONTRIBUTIONS SUBJECT TO 10% LIMIT               25,879

CONTRIBUTION SUBJECT TO LIMITATION:
  CARRYOVER OF PRIOR YEARS UNUSED CONTRIBUTIONS


    FOR TAX YEAR 2014                   39,550
    FOR TAX YEAR 2015                    2,343
    FOR TAX YEAR 2016                   16,039
    FOR TAX YEAR 2017                    6,025
    FOR TAX YEAR 2018                    1,965
                                    ------------
    TOTAL CARRYOVER                                        65,922
    CURRENT YEAR CONTRIBUTIONS                             25,879
                                                       ------------
    TOTAL CONTRIBUTIONS AVAILABLE                          91,801
    TAXABLE INCOME LIMITATION AS ADJUSTED                       0
                                                       ------------
    EXCESS CONTRIBUTIONS                                   91,801
                                                       ------------
    ALLOWABLE CONTRIBUTIONS DEDUCTION                                        0
                                                                        --------
TOTAL CONTRIBUTION DEDUCTION                                                 0
                                                                        ========
```

===============================================================================

PEELED, INC.                                                                          20-1575047

═══════════════════════════════════════════════════════════════════════════════════════════

FORM 1120                          OTHER DEDUCTIONS                          STATEMENT 5

─────────────────────────────────────────────────────────────────────────────────────────────

DESCRIPTION                                                                          AMOUNT
──────────────                                                                    ──────────

| 100% DEDUCTIBLE TRAVEL | 250,107. |
| BANK & FINANCING FEES | 273,081. |
| COMMISSIONS | 315,893. |
| DUES & SUBSCRIPTIONS | 134,028. |
| FREIGHT OUT | 117,053. |
| INSURANCE | 57,378. |
| LEGAL & PROFESSIONAL | 127,930. |
| MARKETING & PROMOTIONS | 816,013. |
| MEALS | 15,020. |
| OFFICE EXPENSE | 60,149. |
| TELECOMMUNICATIONS | 24,136. |
| UTILITIES | 4,350. |

TOTAL TO FORM 1120, LINE 26                                                       2,195,138.

═══════════════════════════════════════════════════════════════════════════════════════════

                              NET OPERATING LOSS DEDUCTION                   STATEMENT 6

─────────────────────────────────────────────────────────────────────────────────────────────

| TAX YEAR | LOSS SUSTAINED | LOSS PREVIOUSLY APPLIED | LOSS REMAINING | AVAILABLE THIS YEAR |
|---|---|---|---|---|
| 12/31/05 | 143,130. | | 143,130. | 143,130. |
| 12/31/06 | 83,085. | | 83,085. | 83,085. |
| 12/31/07 | 194,191. | | 194,191. | 194,191. |
| 12/31/08 | 243,139. | | 243,139. | 243,139. |
| 12/31/09 | 339,643. | | 339,643. | 339,643. |
| 12/31/10 | 310,146. | | 310,146. | 310,146. |
| 12/31/11 | 702,219. | | 702,219. | 702,219. |
| 12/31/12 | 1,800,380. | | 1,800,380. | 1,800,380. |
| 12/31/13 | 1,955,142. | | 1,955,142. | 1,955,142. |
| 12/31/14 | 1,466,607. | | 1,466,607. | 1,466,607. |
| 12/31/15 | 1,935,315. | | 1,935,315. | 1,935,315. |
| 12/31/16 | 2,936,446. | | 2,936,446. | 2,936,446. |
| 12/31/17 | 3,046,225. | | 3,046,225. | 3,046,225. |
| 12/31/18 | 1,828,233. | | 1,828,233. | 1,828,233. |

NOL AVAILABLE THIS YEAR                                          16,983,901.      16,983,901.

PEELED, INC.                                                                    20-1575047

| SCHEDULE L | OTHER CURRENT ASSETS | | STATEMENT 7 |
|---|---|---|---|
| DESCRIPTION | | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| PREPAID EXPENSES | | 349,760. | 167,947. |
| TOTAL TO SCHEDULE L, LINE 6 | | 349,760. | 167,947. |

| SCHEDULE L | OTHER ASSETS | | STATEMENT 8 |
|---|---|---|---|
| DESCRIPTION | | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| DEFERRED FINANCING COSTS | | 2,713. | 0. |
| SECURITY DEPOSITS | | 3,059. | 6,708. |
| TOTAL TO SCHEDULE L, LINE 14 | | 5,772. | 6,708. |

| SCHEDULE L | OTHER CURRENT LIABILITIES | | STATEMENT 9 |
|---|---|---|---|
| DESCRIPTION | | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| ACCRUED EXPENSES | | 170,857. | 195,391. |
| ACCRUED TRADESPEND | | | 179,279. |
| TOTAL TO SCHEDULE L, LINE 18 | | 170,857. | 374,670. |

| SCHEDULE M-1 | OTHER EXPENSES RECORDED ON BOOKS NOT DEDUCTED IN THIS RETURN | STATEMENT 10 |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| ENTERTAINMENT | | 4,176. |
| STOCK BASED COMPENSATION | | 116,084. |
| ALLOWANCE FOR UNCOLLECTABLES | | 4,982. |
| TOTAL TO SCHEDULE M-1, LINE 5 | | 125,242. |

PEELED, INC.                                                    20-1575047

FORM 4797        SALES OF PROPERTY USED IN A TRADE OR BUSINESS     STATEMENT 11

| DESCRIPTION OF PROPERTY | DATE ACQUIRED | DATE SOLD | SALES PRICE | DEPR ALLOWED | COST OR BASIS | GAIN OR LOSS |
|---|---|---|---|---|---|---|
| PRINTING PLATES | 12/15/15 | 12/31/19 | | 17,885. | 21,912. | -4,027. |
| COMPUTER | 08/01/14 | 12/31/19 | | 3,504. | 3,504. | 0. |
| FURNITURE & FIXTURES | 05/29/12 | 12/31/19 | | 1,349. | 1,349. | 0. |
| TOTALS TO FORM 4797, LINE 2 | | | | 22,738. | 26,765. | -4,027. |

11241008 757753 J49902            2019.04030 PEELED, INC.            J49902_1

PEELED, INC.                                                              20-1575047

---

FORM 4797              SECTION 1231 LOSSES FROM PRIOR YEARS              STATEMENT 12

---

|  | LOSS SUSTAINED | LOSS PREVIOUSLY RECAPTURED | LOSS REMAINING |
|---|---|---|---|
| TAX YEAR 2014 | 871 |  | 871 |
| TAX YEAR 2015 |  |  |  |
| TAX YEAR 2016 | 1,669 |  | 1,669 |
| TAX YEAR 2017 | 32,921 |  | 32,921 |
| TAX YEAR 2018 | 5,780 |  | 5,780 |
| TOTAL REMAINING SECTION 1231 LOSSES FROM PRIOR YEARS |  |  | 41,241 |

Form **7004**
(Rev. December 2018)
Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

▶ File a separate application for each return.
▶ Go to www.irs.gov/Form7004 for instructions and the latest information.

OMB No. 1545-0233

| Print or Type | Name | Identifying number |
|---|---|---|
| | PEELED, INC. | 20-1575047 |
| | Number, street, and room or suite no. (If P.O. box, see instructions.) | |
| | 30 MARTIN STREET SUITE 3B | |
| | City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).) | |
| | CUMBERLAND, RI 02864 | |

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

### Part I | Automatic Extension for Certain Business Income Tax, Information, and Other Returns.   See instructions.

**1** Enter the form code for the return listed below that this application is for ............................................. **12**

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

### Part II | All Filers Must Complete This Part

**2** If the organization is a foreign corporation that does not have an office or place of business in the United States,
   check here ............................................................................................................................ ▶ ☐

**3** If the organization is a corporation and is the common parent of a group that intends to file a consolidated return,
   check here ............................................................................................................................ ▶ ☐
   If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member
   covered by this application.

**4** If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here ............... ▶ ☐

**5a** The application is for calendar year 2019 , or tax year beginning _____ , and ending _____

**b** **Short tax year.** If this tax year is less than 12 months, check the reason: ☐ Initial return   ☐ Final return
   ☐ Change in accounting period   ☐ Consolidated return to be filed   ☐ Other (See instructions - attach explanation.)

| | | | |
|---|---|---|---|
| **6** | Tentative total tax ............................................................................ | **6** | 0. |
| **7** | **Total** payments and credits. See instructions ............................................... | **7** | 0. |
| **8** | **Balance due.** Subtract line 7 from line 6. See instructions .................................... | **8** | 0. |

LHA   **For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**   Form **7004** (Rev. 12-2018)

919741 04-01-19