# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| **PEELED, INC.** | Case No. 21-10513 (JTD) |
| Debtor. | **Re: Docket No. 137** |

### CERTIFICATE OF NO OBJECTION REGARDING THE THIRD MONTHLY APPLICATION OF NATASHA M. SONGONUGA, SUBCHAPTER V TRUSTEE, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 1, 2021 THROUGH JULY 31, 2021

The undersigned Subchapter V Trustee (the "SCV Trustee") appointed in the above-captioned chapter 11 case hereby certifies the following:

1. On August 23, 2021, the SCV Trustee filed the *Third Monthly Application of Natasha M. Songonuga, Subchapter V Trustee, for Compensation for Services Rendered and Reimbursement of Expenses for the Period June 1, 2021 Through July 31, 2021* (the "Application") [Docket No. 137].

2. Pursuant to the Application, responses were to be filed and served no later than September 13, 2021 at 4:00 pm (the "Objection Deadline"). The SCV Trustee did not grant any extensions of the Objection Deadline and has no knowledge of any other party granting any such extensions.

3. As of September 13, 2021, the Subchapter V Trustee has not received any answer, objection or other responsive pleading to the Application.

4. Personnel at Gibbons P.C. have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.

5. Therefore, under the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* dated April 12, 2021 [Docket No. 59], the Debtors are authorized to pay Gibbons P.C. 80% of the fees and 100% of the expenses, if any, requested in the Application upon the filing of this Certificate of No Objection without further Order of the Court.

Dated: Wilmington, Delaware
September 20, 2021

By: /s/ *Natasha Songonuga*
Natasha Songonuga (DE Bar #5391)
**GIBBONS P.C.**
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801-1671
Tel: (302) 518-6300
Facsimile: (302) 429-6294
E-mail: nsongonuga@gibbonslaw.com

*Subchapter V Trustee*